IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY B. CONLEY,<br><br>    Plaintiff<br><br>    v.<br><br>COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor,<br><br>    Defendants | **JURY TRIAL DEMANDED**<br><br>Civil Action No.: 05-CV-76 E<br><br>Judge Sean J. McLaughlin |

## ORDER OF COURT

AND NOW, to wit, on this _____ day of _____, 2005, it hereby ORDERED, ADJUDGED AND DECREED that Defendant John A. Onorato's Motion for Leave to File an Amended Answer and Affirmative Defenses is hereby granted.

BY THE COURT:

_____ J.