IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | | |
|---|---|---|
| ABBY B. CONLEY,<br>    Plaintiff | : <br> : <br> : | **JURY TRIAL DEMANDED** |
| VS. | : <br> : | |
| COUNTY OF ERIE, ERIE COUNTY<br>OFFICE OF CHILDREN AND YOUTH,<br>a/k/a ERIE COUNTY CHILD WELFARE<br>SERVICE, RICHARD SCHENKER,<br>individually and in his capacity as County<br>Executive of Erie County, Pennsylvania,<br>PETER CALLAN, individually and in his<br>capacity as Erie County Director of Personnel,<br>DEBRA LIEBEL, individually and in her<br>capacity as Executive Director, Erie County<br>Office of Children and Youth, a/k/a Erie<br>County Child Welfare Service and JOHN A.<br>ONORATO, ESQUIRE, individually and in<br>his capacity as Erie County Solicitor<br>    Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. 05-76E |

## ORDER

AND NOW, to-wit, this _____ day of September, 2005, upon consideration of the foregoing Motion to Extend Discovery, it is **ORDERED** that said Motion shall be, and is hereby **GRANTED**.

All discovery in the above-captioned matter shall be completed by December 2, 2005; dispositive Motions with Briefs shall be due on or before December 23, 2005; responses to those Motions shall be due on or before January 13, 2006; Plaintiff's Pretrial Narrative Statement shall be due on or before December 23, 2005; and Defendants' Pretrial

Narrative Statement shall be due on or before January 13, 2006.

By the Court,

_____

Sean J. McLaughlin, USDJ