RE: Conley vs. County of Erie Discovery Responses

Case 1:05-cv-00076-SJM    Document 24-2    Filed 11/09/2005    Page 1 of 1

**Subject:** RE: Conley vs. County of Erie Discovery Responses
**From:** "Mark Lane" <mrl@dellmoser.com>
**Date:** Tue, 8 Nov 2005 10:48:30 -0500
**To:** "Timothy D. McNair" <tmcnair@velocity.net>, "Joyal Jr,Edmond R" <EJOYAL@stpaultravelers.com>
**CC:** "Anthony Angelone" <aangelone@vendettilaw.com>

Tim,

I am not available until December to conduct Mr. Onorato's deposition. Please provide me with some dates that are available to you. Thanks.

Mark Lane.

> -----Original Message-----
> **From:** Timothy D. McNair [mailto:tmcnair@velocity.net]
> **Sent:** Tuesday, November 01, 2005 9:41 AM
> **To:** Joyal Jr,Edmond R
> **Cc:** Anthony Angelone; Mark Lane
> **Subject:** Conley vs. County of Erie Discovery Responses
>
> Mr. Joyal:
>
> Responses to Ms. Conley's discovery requests were due Friday, October 28, having been served on September 26. We need to get these in a timely manner due to the deadlines in the Case Management Order.
>
> Please let me know when we can expect to receive responses.
>
> Timothy D. McNair
>
> ```
> --
> Timothy D. McNair
> tmcnair@velocity.net
> www.mcnairlaw.com
> 821 State Street
> Erie, Pennsylvania  16501-1316
> telephone:    (814)452-0700
> facsimile:    (814)454-2371
>
>         "Nobody has a more sacred obligation to obey the law than those who make the
>         -- Sophocles
> ```