IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | | |
|---|---|---|
| ABBY B. CONLEY, | : | **JURY TRIAL DEMANDED** |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| COUNTY OF ERIE, ERIE COUNTY | : | |
| OFFICE OF CHILDREN AND YOUTH, | : | |
| a/k/a ERIE COUNTY CHILD WELFARE | : | |
| SERVICE, RICHARD SCHENKER, | : | |
| individually and in his capacity as County | : | |
| Executive of Erie County, Pennsylvania, | : | |
| PETER CALLAN, individually and in his | : | |
| capacity as Erie County Director of Personnel, | : | |
| DEBRA LIEBEL, individually and in her | : | |
| capacity as Executive Director, Erie County | : | |
| Office of Children and Youth, a/k/a Erie | : | |
| County Child Welfare Service and JOHN A. | : | CIVIL ACTION NO. 05-76E |
| ONORATO, ESQUIRE, individually and in | : | |
| his capacity as Erie County Solicitor | : | |
| Defendants | : | |

## ORDER

AND NOW, to-wit this _____ day of November, 2005, upon consideration of the foregoing Motion to Extend Discovery is **ORDERED** that said Motion shall be, and is hereby **GRANTED**.

All discovery in the above captioned matter shall be completed by February 3, 2006; dispositive Motions with Briefs shall be due on or before February 24, 2006; responses to those Motions shall be due on or before March 17, 2006; Plaintiff's Pretrial Narrative Statement shall be due on or before February 24, 2006; and Defendants' Pretrial Narrative Statement shall be due on or before March 17, 2006.

By the Court,

_____
Sean J. McLaughlin, USDJ