IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| ABBY B. CONLEY,<br>　　　Plaintiff<br><br>VS.<br><br>COUNTY OF ERIE, ERIE COUNTY<br>OFFICE OF CHILDREN AND YOUTH,<br>a/k/a ERIE COUNTY CHILD WELFARE<br>SERVICE, RICHARD SCHENKER,<br>individually and in his capacity as County<br>Executive of Erie County, Pennsylvania,<br>PETER CALLAN, individually and in his<br>capacity as Erie County Director of Personnel,<br>DEBRA LIEBEL, individually and in her<br>capacity as Executive Director, Erie County<br>Office of Children and Youth, a/k/a Erie<br>County Child Welfare Service and JOHN A.<br>ONORATO, ESQUIRE, individually and in<br>his capacity as Erie County Solicitor<br>　　　Defendants | **JURY TRIAL DEMANDED**<br><br><br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. 05-76E |

## ORDER

　　AND NOW, to-wit this _____ day of November, 2005, upon consideration of the foregoing Motion to Extend Discovery is **ORDERED** that said Motion shall be, and is hereby **GRANTED**.

　　All discovery in the above captioned matter shall be completed by February 3, 2006; dispositive Motions with Briefs shall be due on or before February 24, 2006; responses to those Motions shall be due on or before March 17, 2006; Plaintiff's Pretrial Narrative Statement shall be due on or before February 24, 2006; and Defendants' Pretrial Narrative Statement shall be due on or before March 17, 2006.

　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Sean J. McLaughlin, USDJ