IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| ABBY B. CONLEY,<br>    Plaintiff<br><br>VS.<br><br>COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie County Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor<br>    Defendants | **JURY TRIAL DEMANDED**<br><br><br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. 05-76E |

## ORDER

AND NOW, to-wit this _____ day of November, 2005, upon consideration of the foregoing Motion to Extend Discovery is **ORDERED** that said Motion shall be, and is hereby **GRANTED**.

All discovery in the above captioned matter shall be completed by February 3, 2006; dispositive Motions with Briefs shall be due on or before February 24, 2006; responses to those Motions shall be due on or before March 17, 2006; Plaintiff's Pretrial Narrative Statement shall be due on or before February 24, 2006; and Defendants' Pretrial Narrative Statement shall be due on or before March 17, 2006.

By the Court,

_____
Sean J. McLaughlin, USDJ