IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY B. CONLEY, | |
| Plaintiff | **JURY TRIAL DEMANDED** |
| v. | Civil Action No.: 05-CV-76 E |
| COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor, | Judge Sean J. McLaughlin |
| Defendants | |

## ORDER OF COURT

AND NOW, to wit, on this _____ day of _____, 2005, upon consideration of Defendant John A. Onorato's Motion to Compel Discovery Responses, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion is GRANTED, and Plaintiff, Abby B. Conley, is ORDERED within fifteen (15) days of the date of this Order to produce the following:

1. Full and complete responses to Interrogatories Numbered 4, 5, 6, 7, 12, 13, 14, 15, and 16;

2. Documents pursuant to Request for Production of Documents Numbered 1, 5, 6, 8, 9, 10, 16, and 17; and

3. Plaintiff will produce her home computer system and hard drive(s) for inspection by Defendant or an authorized agent within ten (10) days of the date of this Order.

Pursuant to Fed.R.Civ.Pro. 37(a)(4), Plaintiff is hereby ordered to pay the sum of $500 to Defendant Onorato for expenses and attorney's fees related to the preparation of this motion.

BY THE COURT:

_____
J.