IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | | |
|---|---|---|
| ABBY B. CONLEY,<br>    Plaintiff | : | **JURY TRIAL DEMANDED** |
| | : | |
| VS. | : | |
| | : | |
| COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie County Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor<br>    Defendants | : | CIVIL ACTION NO. 05-76E |

## CERTIFICATE OF SERVICE

On this 26th day of September, 2005, I hereby certify that I sent a true and correct copy of the foregoing Interrogatories to the following by United States mail:

    Edmond R. Joyal, Jr., Esquire
    Law Office of Joseph S. Weimer
    975 Two Chatham Center
    Pittsburgh, PA 15219

     s/ Timothy D. McNair
    Timothy D. McNair, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | | |
|---|---|---|
| ABBY B. CONLEY, | : | **JURY TRIAL DEMANDED** |
|     Plaintiff | : | |
| | : | |
|     VS. | : | |
| | : | |
| COUNTY OF ERIE, ERIE COUNTY | : | |
| OFFICE OF CHILDREN AND YOUTH, | : | |
| a/k/a ERIE COUNTY CHILD WELFARE | : | |
| SERVICE, RICHARD SCHENKER, | : | |
| individually and in his capacity as County | : | |
| Executive of Erie County, Pennsylvania, | : | |
| PETER CALLAN, individually and in his | : | |
| capacity as Erie County Director of Personnel, | : | |
| DEBRA LIEBEL, individually and in her | : | |
| capacity as Executive Director, Erie County | : | |
| Office of Children and Youth, a/k/a Erie | : | |
| County Child Welfare Service and JOHN A. | : | CIVIL ACTION NO. 05-76E |
| ONORATO, ESQUIRE, individually and in | : | |
| his capacity as Erie County Solicitor | : | |
|     Defendants | : | |

## CERTIFICATE OF SERVICE

      On this 26th day of September, 2005, I hereby certify that I sent a true and correct copy of the foregoing Request for Production of Documents to Defendant, County of Erie, to the following by United States mail:

              Edmond R. Joyal, Jr., Esquire
              Law Office of Joseph S. Weimer
              975 Two Chatham Center
              Pittsburgh, PA 15219

                                          s/ Timothy D. McNair
                                            Timothy D. McNair, Esquire