**Subject:** Conley vs. County of Erie Discovery Responses
**From:** "Timothy D. McNair" <tmcnair@velocity.net>
**Date:** Tue, 01 Nov 2005 09:40:57 -0500
**To:** "Joyal Jr,Edmond R" <EJOYAL@stpaultravelers.com>
**CC:** Anthony Angelone <aangelone@vendettilaw.com>, Mark Lane <mrl@dellmoser.com>

Mr. Joyal:

Responses to Ms. Conley's discovery requests were due Friday, October 28, having been served on September 26. We need to get these in a timely manner due to the deadlines in the Case Management Order.

Please let me know when we can expect to receive responses.

Timothy D. McNair

```
--
Timothy D. McNair
tmcnair@velocity.net
www.mcnairlaw.com
821 State Street
Erie, Pennsylvania  16501-1316
telephone:     (814)452-0700
facsimile:     (814)454-2371

        "Nobody has a more sacred obligation to obey the law than those
who make the law."
        -- Sophocles
```