**Subject:** Conley v. County of Erie
**From:** "Timothy D. McNair" <tmcnair@velocity.net>
**Date:** Wed, 16 Nov 2005 08:59:27 -0500
**To:** "Joyal Jr,Edmond R" <EJOYAL@stpaultravelers.com>
**CC:** Anthony Angelone <aangelone@vendettilaw.com>, Mark Lane <mrl@dellmoser.com>
**BCC:** Abby Conley <abby@christian.net>

```
Mr. Joyal:

We have not yet received responses to our discovery requests.  We cannot just let the
matter sit for no reason.  We discussed this matter last week and you told me that the
responses were forthcoming, but would not commit to a date for their production.

If we do not resolve this matter this week, I will have no recourse but to file a Motion
to Compel.

If you have a way to resolve this, give me a call.  Otherwise, please confirm in writing
or by email when we may expect to receive the responses.

Thank you.

Timothy D. McNair


--
Timothy D. McNair
tmcnair@velocity.net
www.mcnairlaw.com
821 State Street
Erie, Pennsylvania  16501-1316
telephone:    (814)452-0700
facsimile:    (814)454-2371
        "Nobody has a more sacred obligation to obey the law than those who make the law."
        -- Sophocles
```