**Subject:** RE: Conley Motion to Compel
**From:** "Joyal Jr,Edmond R" <EJOYAL@stpaultravelers.com>
**Date:** Mon, 21 Nov 2005 08:45:57 -0500
**To:** "Timothy D. McNair" <tmcnair@velocity.net>

```
We will get you what we have this afternoon.  Included will be a copy of
information received today from the DSS of Mecklenberg County NC.

-----Original Message-----
From: Timothy D. McNair [mailto:tmcnair@velocity.net]
Sent: Monday, November 21, 2005 8:44 AM
To: Joyal Jr,Edmond R
Subject: Re: Conley Motion to Compel

I agree.

Timothy D. McNair
tmcnair@velocity.net
www.mcnairlaw.com
821 State Street
Erie, Pennsylvania  16501-1316
telephone:     (814)452-0700
facsimile:     (814)454-2371

        "Nobody has a more sacred obligation to obey the law than those
who make the law."
        -- Sophocles



Joyal Jr,Edmond R wrote:

  Today they need to go out!!!!!!

  -----Original Message-----
  From: Timothy D. McNair [mailto:tmcnair@velocity.net]
  Sent: Friday, November 18, 2005 9:03 AM
  To: Joyal Jr,Edmond R
  Cc: Anthony Angelone; Mark Lane
  Subject: Conley Motion to Compel

  I will file the motion on Monday if I don't get a satisfactory response

>from you today.

  Timothy D. McNair
```

===============================================================================
This communication, together with any attachments hereto or links contained herein, is for
the sole use of the intended recipient(s) and may contain information that is confidential
or legally protected. If you are not the intended recipient, you are hereby notified that
any review, disclosure, copying, dissemination, distribution or use of this communication
is STRICTLY PROHIBITED.  If you have received this communication in error, please notify
the sender immediately by return e-mail message and delete the original and all copies of
the communication, along with any attachments hereto or links herein, from your system.

========================================================================
The St. Paul Travelers e-mail system made this annotation on 11/21/05, 08:45:58.