# IN THE UNITED STATES DISTRICT COURT FOR
## WESTERN DISTRICT OF PENNSYLVANIA

ABBY B. CONLEY,

                Plaintiff,

           -vs-

COUNTY OF ERIE, ERIE COUNTY OFFICE
OF CHILDREN AND YOUTH a/k/a ERIE
COUNTY CHILD WELFARE SERVICE,
RICHARD SCHENKER, individually and in
his capacity as County Executive of Erie
County, Pennsylvania, PETER CALLAN,
individually and in his capacity as Erie County
Director of Personnel, DEBRA LIEBEL,
individually and in her capacity as Executive
Director, Erie County Office of Children and
Youth a/k/a Erie County Child Welfare
Service, and JOHN A. ONORATO,
ESQUIRE, individually and in his capacity as
Erie County Solicitor,

                Defendants.

CIVIL DIVISION

No.: 05-CV-76 E

Judge Sean J. McLaughlin

## DEFENDANTS' RESPONSES TO PLAINTIFF'S
## REQUEST FOR PRODUCTION OF DOCUMENTS

       AND NOW, comes the Defendants, by and through their counsel, the Law Office

of Joseph S. Weimer and Edmond R. Joyal, Jr., Esquire, and hereby submits the following

Responses to Plaintiff's Request for Production of Documents as follows:

1.    Please produce a printout or electronic file containing each E-mail to or from plaintiff known to Erie County or the Office of Children and Youth prior to the meeting of September 10, 2004.

## RESPONSE:

Objection. This interrogatory is unduly burdensome in that it is not specific in time and includes thousands of e-mails contained on the hard drives of computers used by plaintiff during her employment with Erie county OCY. In addition, most e-mails contain information that is confidential in nature and protected from disclosure by state and federal law. The defendants object as well on the grounds that the interrogatory as written is not reasonably calculated to lead to the discovery of admissible evidence.

2.    Please produce each E-mail to or from plaintiff which came into your possession after the September 10, 2004 meeting.

## RESPONSE:

No emails came into the possession of the defendant after the September 10, 2004, meeting.

3.	Please produce the E-mail and warning referred to by your attorney, Edmond

Joyal, Esquire, at page 7, lines 3 to 8, of the transcript of the June 3, 2005 status conference.

**RESPONSE:**

That email was produced at the deposition of plaintiff and has been previously

provided to plaintiff's counsel during the litigation before the state labor relations board.

4.	Please produce the template for court summaries to be prepared by case aides

prior to court hearings in dependency cases.

**RESPONSE:**

There is no such template for "case aides". In addition, plaintiff has possession of

her case summary examples and it is presumed by defendant that she used previous summaries

and cut and pasted as necessary.

5.     Please produce each document you contend contains, refers, or relates to any

instance of disclosure of confidential information by plaintiff.

**RESPONSE:**

All emails used in the depositions as well as those produced to plaintiff's counsel during prior litigation involving the state labor relations board.

6.     Please produce all documents which refer, relate to, or comprise any report of findings of any investigation conducted by the Pennsylvania Department of Public Welfare regarding allegations made by plaintiff that caseworker Patricia Wozniak improperly touched a child, referred to by Edmond Joyal, Esquire, on page 14, lines 2 to 23 of the June 6, 2005 status conference.

**RESPONSE:**

Objection. This request seeks information deemed confidential pursuant to 23Pa. C. S. A. §§ 6339, 6340, and 6349.

7.    Please produce all documents relating to any investigation done in March, April or May of 2004 regarding the identity of the person alleged to have leaked information as referred to at page 15, lines 6 through 11, of the June 6, 2005 status conference.

**RESPONSE:**

Objection. Defendant does not have any knowledge of the information identified in this request. Without waiving this objection, defendant states that all documents have been previously produced to plaintiff's counsel during prior litigation.

8.    Please produce a complete and unredacted copy of plaintiff's personnel file, including all performance reviews of the plaintiff for the entire time she was employed by the County of Erie in any capacity.

**RESPONSE:**

These documents have been previously produced to plaintiff's counsel during the labor relations process.

9. Please produce all notes, memoranda, E-mails, or other documents which refer or

relate to, or memorialize, any communications between and among Debra Liebel, Michael

Cauley, Susan Deveney, Patricia Wozniak, John Onorato, Richard Schenker, and/or Peter Callan

regarding plaintiff, any case in which plaintiff was involved, or any investigation of the plaintiff

between January 1, 2004 and September 10, 2004.

**RESPONSE:**

Objection. This request seeks information that is confidential and privileged

under state and federal statutes.

10. Please produce a complete and unredacted copy of the personnel files for Richard

Schenker, John Onorato, Peter Callan, Michael Cauley, Debra Liebel, Susan Deveney, Patricia

Wozniak, and Deanna Cosby.

**RESPONSE:**

Objection. This request is not reasonably calculated to lead to the discovery of

admissible evidence and is propounded to harass and intimidate these individuals.

11.    Please produce all versions of any E-mails from plaintiff to Susan Deveney or from Susan Deveney to plaintiff regarding any court summary prepared for the Schuster/Casella case.

**RESPONSE:**

Objection. This request seeks information protected from disclosure under state and federal statute and is not reasonably calculated to lead to the discovery of admissible evidence.

12.    Please produce any organizational chart reflecting the organization of the Erie County Office of Children and Youth or the chain of supervision of the Erie County Office of Children and Youth existing between January 1, 2002 and September 10, 2004.

**RESPONSE:**

Such documents are no longer in existence and defendant is making an effort to recreate the possible responses due to many changes due to turnover and promotion.

13.    Please produce any appointment book maintained by Patricia Wozniak between

January 1, 2004 and September 10, 2004, or any similar document which reflects the activities of

Patricia Wozniak between those dates.


**RESPONSE:**


Objection. This request is not reasonably calculated to lead to the discovery of

admissible evidence and seeks information concerning clients that is protected by state and

federal statute and regulation.


14.    Please produce all documents reflecting earnings of the plaintiff from her

employment with defendant, County of Erie, from the date said employment commenced

through the date it was terminated.


**RESPONSE:**


Plaintiff has these documents in her possession and control through her W 2

statements.

15.    Please produce all court orders entered in the Vickie Wilson case.

**RESPONSE:**

Objection.  This request is not reasonably calculated to lead to the discovery of admissible evidence and seeks information concerning clients that is protected by state and federal statute and regulation.

16.    Please produce all court orders entered in the Schuster/Casella case.

**RESPONSE:**

Objection.  This request is not reasonably calculated to lead to the discovery of admissible evidence and seeks information concerning clients that is protected by state and federal statute and regulation.

17.     Please produce all documents which refer, relate to, or comprise any

communications between and among the Erie County Office of Children and Youth and Cheryl

Beers.


**RESPONSE:**


      Objection. This request is not reasonably calculated to lead to the discovery of

admissible evidence and seeks information concerning clients that is protected by state and

federal statute and regulation.

18.    Please produce all documents, including E-mails, which refer, relate to, or comprise any communications between and among Michael Cauley, Susan Deveney, and Patricia Wozniak concerning the Schuster/Casella case or the Vickie Wilson case from June 1, 2004 through September 10, 2004.

**RESPONSE:**

Objection.  This request is not reasonably calculated to lead to the discovery of admissible evidence and seeks information concerning clients that is protected by state and federal statute and regulation.

LAW OFFICE OF JOSEPH S. WEIMER

Edmond R. Joyal, Jr., Esquire
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA  15219
(412) 338-3184
PA I.D. #65907
Attorney for Defendants
County of Erie, Erie County Office of
Children and Youth a/k/a Erie County Child
Welfare Service, Richard Schenker, Peter
Callan, and Debra Liebel

I hereby certify that a true and correct copy of the foregoing DEFENDANTS'

ANSWERS TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS has been

served by First Class Mail, postage pre-paid, upon the following parties on this 21st day of

November, 2005.

Anthony Angelone, Esquire
Vendetti & Vendetti
3820 Liberty Street
Erie, PA  16509
*(Counsel for Plaintiff)*

Timothy D. McNair, Esquire
Law Office of Timothy D. McNair
821 State Street
Erie, PA  16501
*(Counsel for Plaintiff)*

Mark R. Lane, Esquire
Dell, Moser, Lane & Loughney, LLC
525 William Penn Place, Suite 3700
Pittsburgh, PA  15219-1707
*(Counsel for Defendant, John A. Onorato, Esquire)*

LAW OFFICE OF JOSEPH S. WEIMER

Edmond R. Joyal, Jr., Esquire
Attorney for Defendants
County of Erie, Erie County Office of
Children and Youth a/k/a Erie County Child
Welfare Service, Richard Schenker, Peter
Callan, and Debra Liebel