**Subject:** Re: Conley v. County of Erie  
**From:** "Timothy D. McNair" <tmcnair@velocity.net>  
**Date:** Mon, 05 Dec 2005 11:46:28 -0500  
**To:** "Joyal Jr,Edmond R" <EJOYAL@stpaultravelers.com>

```
You have the option to produce the documents at my office for copying.  Please pick a time
this week to do that.

Timothy D. McNair
tmcnair@velocity.net
www.mcnairlaw.com
821 State Street
Erie, Pennsylvania  16501-1316
telephone:     (814)452-0700
facsimile:     (814)454-2371
        "Nobody has a more sacred obligation to obey the law than those who make the law."
        -- Sophocles



Joyal Jr,Edmond R wrote:

  At this time it seems to me that what you are asking for is for me to
  pay to copy exhibits that you could have had if you had purchased the
  transcript.
  In addition, Anthony and I spoke of this and he was going to go through
  the documents that he received from Taft during the grievance/labor
  board hearings and determine what he had that is responsive.  If you
  agree to pay the copying costs we will copy the documents and have you
  invoiced directly.

  The objections concerning the emails from Deveney, the letters and any
  other information that concerns open or closed OCY cases cannot be
  provided because of all of the confidentiality laws, regulations, etc.
  that have been cited during your client's and Ms. Cosby's deposition.  I
  see no way around that and I cannot enter into a protective order
  because your client has shown no past inclination to maintain
  confidentiality of such records.  If you want to draft a protective
  order for signature by the court, please do so and we can present it to
  the judge.  Any such order must have appropriate sanctions against
  anyone who violates it.

  Other than that, I cannot comment because I believe that all of our
  objections are well taken and I suggest that you provide me with case
  law, etc. that you will rely on to show that our objections are not well
  taken.

  -----Original Message-----
  From: Timothy D. McNair [mailto:tmcnair@velocity.net] Sent: Monday, December 05, 2005
  10:32 AM
  To: Joyal Jr,Edmond R
  Cc: Mark Lane; Anthony Angelone; Abby Conley
  Subject: Conley v. County of Erie

  Mr. Joyal:

  I have not heard from you in response to my letter of November  28.  If I do not hear
  from you today, I will have no choice but to assume that you do not wish to attempt to
  resolve our differences, and will proceed with a motion to compel.

  Thank you.

  Timothy D. McNair
```