IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


ABBY B. CONLEY,                              )
    Plaintiff,                               )
                                             )
Vs.                                          )  Civil Action No. 05-76 Erie
                                             )
COUNTY OF ERIE, ERIE COUNTY OFFICE           )
OF CHILDREN AND YOUTH, et. al.,              )
    Defendants.                              )


**O R D E R**

AND NOW, to with, this 16th day of December, 2005, upon consideration of the

Motion to Compel, filed by the Plaintiff, (Document No. 32)

IT IS HEREBY ORDERED that the Defendants' file a Response to this Motion

on or before December 30, 2005.


    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge


cc: all parties of record