LAW OFFICES OF:

# Timothy D. McNair

ATTORNEY AND COUNSELOR AT LAW

September 20, 2005

Mark R. Lane, Esquire
Dell, Moser, Lane & Loughney, LLC
525 William Penn Place
Suite 3700
Pittsburgh, PA 15219-1707

      Re:    Abby Conley v. County of Erie, et al.

Dear Mr. Lane:

    Enclosed please find a Notice of Deposition for John A. Onorato which is scheduled for Wednesday, September 28, 2005, commencing at 1:00 p.m., with regard to the above-captioned matter. I have also enclosed copies of Notices of Deposition for other individuals which are scheduled for September 27 and 28.

    Thank you.

                                Very truly yours,

                                LAW OFFICES OF TIMOTHY D. McNAIR

                                By_____
                                      Timothy D. McNair, Esquire

TDM/may
Enclosures

cc:    Abby Conley
       Edmond R. Joyal, Jr., Esquire



EXHIBIT
B

821 STATE STREET · ERIE, PENNSYLVANIA 16501-1316
TELEPHONE 814.452.0700 · FACSIMILE 814.454.2371 · TOLL FREE (800)453-0566
E-MAIL TMCNAIR@VELOCITY.NET · URL: http://www.mcnairlaw.com