LAW OFFICES OF:

# Timothy D. McNair

---

ATTORNEY AND COUNSELOR AT LAW

September 20, 2005

**VIA CERTIFIED MAIL**

Susan Deveney
4316 Genesee Avenue
Erie, PA 16510

Re:    **Abby Conley v. County of Erie, et al.**

Dear Ms. Deveney:

Enclosed please find a Subpoena and a Notice of Deposition which requires your attendance at a deposition which is scheduled for Tuesday, September 27, 2005, at 1:00 p.m., with regard to the above-referenced matter.  Your attendance at the deposition is mandatory as you are under a court-directed Subpoena.  In accordance with the Federal Rules of Civil Procedure, Rule 45(e), if you do not attend this deposition, you may be deemed in contempt of court.

Upon receipt of the Subpoena, please contact me at the above telephone number to confirm your attendance.

Thank you.

Very truly yours,

LAW OFFICES OF TIMOTHY D.  McNAIR

By _____
Timothy D.  McNair, Esquire

TDM/may
Enclosures

cc:    Abby Conley (w/enclosures)
Edmond R. Joyal, Jr., Esquire (w/enclosures)
Mark R. Lane, Esquire (w/enclosures)



821 State Stre[  ]6501-1316
TELEPHONE 814.452.0700 · F[ ]· TOLL FREE (800)453-0566
E-MAIL TMCNAIR@VELO[  ]w.mcnairlaw.com