# DELL, MOSER, LANE & LOUGHNEY, LLC
ATTORNEYS AT LAW

525 WILLIAM PENN PLACE
SUITE 3700
PITTSBURGH, PENNSYLVANIA 15219-1707

TELEPHONE: 412-471-1180
FAX: 412-471-9012
www.dellmoser.com

SARA E. BAUGH
J. KAHLE BECKER (PA WV)
STANLEY T. BOOKER
JOHN BURGESS (PA OH)
RICHARD W. DELL, JR.
SEAN P. HANNON (PA OH)
MARK R. LANE (PA WV)
PATRICK J. LOUGHNEY (PA WV)
SCOTT A. MATTHEWS (PA WV)

DONALD J. MCCORMICK (PA V
PETER MOLINARO, JR.
GEORGE A. POWER
ROBERT S. RICHMAN
BRYAN J. SMITH (PA WV)
BRAD D. TRUST (PA WV)
DANIELLE M. VUGRINOVICH
ELEONORA M. ZYCH

October 10, 2005
File No. 9135

Timothy D. McNair, Esquire
Law office of Timothy D. McNair
821 State Street
Erie, PA 16501

Re: Abby B. Conley vs. County of Erie, Erie County Office of Children and Youth, a/k/a Erie County Child Welfare Service, Richard Schenker, Peter Callan, Debra Liebel, and John A. Onorato, Esquire
U.S. District Court for the Western District of Pennsylvania – Erie Division
Civil Action No.: 05-CV-76 E

Dear Mr. McNair:

I was surprised to learn that you are rescheduling the deposition of John Onorato from the October 28th date, to which we previously agreed. Unfortunately, I am not available at any time between November 7th and November 10th. I would appreciate your providing me with additional dates on which you are available beginning on November 30th. Unfortunately, my schedule is completely full until that time.

Thank you for your courtesy and cooperation regarding this matter.

Very truly yours,

Mark R. Lane

MRL/pls
Cc: Edmond R. Joyal, Esquire
Anthony Angelone, Esquire


EXHIBIT F