Edmond R. Joyal, Jr., Esquire
December 9, 2005
Page Two

    I hope that the above addresses the questions and concerns which we discussed last week. Should you, however, have any other questions, please feel free to call.

                Very truly yours,

                VENDETTI & VENDETTI

                By _____
                   Anthony Angelone, Esquire

AA/elw
cc:   Timothy D. McNair, Esquire
       Mark R. Lane, Esquire