# LAW OFFICE OF
# JOSEPH S. WEIMER

975 TWO CHATHAM CENTER
PITTSBURGH, PENNSYLVANIA 15219
(412) 338-3184
FAX (412) 471-8748

Writer's Direct Dial: (412) 338-3098

JOSEPH S. WEIMER
WALTER C. FADEREWSKI
DANIEL T. MOSKAL
F. DAVID DERMOTTA
MICHAEL E. RELICH
EDMOND R. JOYAL, JR.
SUSAN D. GARRARD
DAVID J. NICHOLS

December 8, 2005

VIA FACSIMILE &
FIRST CLASS MAIL

Anthony Angelone, Esquire
Vendetti & Vendetti
3820 Liberty Street
Erie, PA 16509

Timothy D. McNair, Esquire
Law Office of Timothy D. McNair
821 State Street
Erie, PA 16501

RE: Abby Conley v. County of Erie, et al.
U.S. District Court for W. District – No. 05-CV-76 E

Dear Counselors:

I am in receipt of Mr. McNair's letter concerning the responses to plaintiff's discovery. In order to give it the attention that it deserves, based up on its length, I need to review its contents thoroughly in order to prepare my response. I will do so and respond as soon as I am able to.

However, I urge the two of you to meet and to review all documents that were produced during the prior administrative litigation. It is my understanding that many of the documents, if not all of them, that have been used during the depositions, had been previously produced in that litigation to Mr. Angelone.

Very truly yours,

Edmond R. Joyal, Jr.

ERJ



Not a Partnership or Professional Corporation
All Attorneys are Employees of St. Paul Fire Insurance Company and The Travelers Indemnity Company
and their Property Casualty Affiliates and Subsidiaries