# LAW OFFICE OF
# JOSEPH S. WEIMER

975 TWO CHATHAM CENTER
PITTSBURGH, PENNSYLVANIA 15219
(412) 338-3184
FAX (412) 471-8748

JOSEPH S. WEIMER
WALTER C. FADEREWSKI
DANIEL T. MOSKAL
F. DAVID DERMOTTA
MICHAEL E. RELICH
EDMOND R. JOYAL, JR.
SUSAN D. GARRARD
DAVID J. NICHOLS

Writer's Direct Dial:    (412) 338-3098

December 23, 2005

**VIA FIRST CLASS MAIL**

Timothy D. McNair, Esquire
Law Office of Timothy D. McNair
821 State Street
Erie, PA 16501

      RE:    *Abby Conley v. County of Erie, et al.*
              *U.S. District Court for W. District – No. 05-CV-76 E*

Dear Mr. McNair:

      Enclosed please find Defendants' documents responsive to Plaintiff's Request for Production of Documents. Documents numbered OCY 000012 – OCY 000150 are the documents which were introduced as exhibits during Ms. Conley's deposition. We will continue to review documents and will produce any documents which we feel are not privileged or confidential shortly. Thank you.

      If you have any questions or concerns regarding this matter, please do not hesitate to contact me.

Very truly yours,

Edmond R. Joyal, Jr.

Enclosures

cc:    Anthony Angelone, Esquire (w/ enclosures)
        Mark R. Lane, Esquire (w/ enclosures)

**EXHIBIT J**

Not a Partnership or Professional Corporation
All Attorneys are Employees of St. Paul Fire Insurance Company and The Travelers Indemnity Company
and their Property Casualty Affiliates and Subsidiaries