IN THE UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY B. CONLEY, | CIVIL DIVISION |
| Plaintiff, | No.:  05-CV-76 E |
| -vs- | Judge Sean J. McLaughlin |
| COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth a/k/a Erie County Child Welfare Service, and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor, | |
| Defendants. | |

**MOTION TO EXTEND TIME FOR RESPONDING TO
REQUEST FOR PRODUCTION OF DOCUMENTS**

AND NOW, comes the Defendants, by and through their attorney, Edmond R. Joyal, Jr., Esquire and Law Office of Joseph S. Weimer and move this Honorable Court for an Order allowing them additional time to supplement their responses to Plaintiff's Request for Production of Documents:

1. On January 4, 2006, this Honorable Court entered an Order in which Defendants were given twenty (20) days to respond to Plaintiff's Interrogatories and Request for Production of Documents.

2. The administration of Erie County and the Erie County Office of Children and Youth was changed and the new administration took office on January 2, 2006.

3. The new administration included a new county executive, director of the Office of Children and Youth and solicitor for the Office of Children and Youth.

4. Counsel for these Defendants has sent a copy of the transcript of the hearing to the solicitor for the Office of Children and Youth for review. Counsel waited for this transcript to be transcribed in order to be certain as to the contents of the Court's oral Order in this matter.

5. The solicitor for the Office of Children and Youth has made counsel for the Defendants aware of the need to request an extension of time to respond to many of the Requests made by Plaintiff and granted by the Court because of the sheer volume of the records requested and the time necessary to review those records, including case and court files, and to make the necessary redactions to protect individual privacy.

6. A copy of an Affidavit executed by Ines Massela, the newly appointed solicitor for the Erie County Office of Children and Youth is attached hereto as "Exhibit A".

7. Defendants respectfully request that the Court grant them an extension of twenty (20) days to respond to the Plaintiff's Requests or in the alternative to limit the scope of these Requests.

WHEREFORE, Defendants move this Honorable Court to grant their Motion and to Extend the time for Compliance for an additional twenty (20) days.

                          LAW OFFICE OF JOSEPH S. WEIMER

BY:    *s/ Edmond R. Joyal, Jr.*
         Edmond R. Joyal, Jr., Esquire
         PA I.D. #65907
         Attorney for Defendants
         Law Office of Joseph S. Weimer
         975 Two Chatham Center
         Pittsburgh, PA  15219
         (412) 338-3184

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION TO EXTEND TIME FOR RESPONDING TO REQUEST FOR PRODUCTION OF DOCUMENTS has been served by First Class Mail, postage pre-paid, upon the following parties on this 24th day of January, 2006.

Anthony Angelone, Esquire
Vendetti & Vendetti
3820 Liberty Street
Erie, PA  16509
*(Counsel for Plaintiff)*

Timothy D. McNair, Esquire
Law Office of Timothy D. McNair
821 State Street
Erie, PA  16501
*(Counsel for Plaintiff)*

Mark Lane, Esquire
Dell, Moser, Lane and Loughney
525 William Penn Place, Suite 3700
Pittsburgh, PA  15219-1707
*(Counsel for Defendant, John A. Onorato, Esquire)*

LAW OFFICE OF JOSEPH S. WEIMER

BY:   *s/ Edmond R. Joyal, Jr.*
Edmond R. Joyal, Jr., Esquire
PA I.D. #65907
Attorney for Defendants
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA  15219
(412) 338-3184