IN THE UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY B. CONLEY, | CIVIL DIVISION |
| Plaintiff, | No.: 05-CV-76 E |
| -vs- | Judge Sean J. McLaughlin |
| COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth a/k/a Erie County Child Welfare Service, and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of the foregoing Motion to Extend Time for Responding to Request for Production of Documents, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and the Defendants' Supplemental Responses to Plaintiff's Request for Production of Documents are due on or before February 13, 2006.

BY THE COURT:

_____J.