**IN THE UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA**

ABBY B. CONLEY,                                    CIVIL DIVISION

                 Plaintiff,                  No.:   05-CV-76 E

               -vs-                         Judge Sean J. McLaughlin

COUNTY OF ERIE, ERIE COUNTY OFFICE
OF CHILDREN AND YOUTH a/k/a ERIE
COUNTY CHILD WELFARE SERVICE,
RICHARD SCHENKER, individually and in
his capacity as County Executive of Erie
County,  Pennsylvania, PETER CALLAN,
individually and in his capacity as Erie County
Director of Personnel, DEBRA LIEBEL,
individually and in her capacity as Executive
Director, Erie County Office of Children and
Youth a/k/a Erie County Child Welfare
Service, and JOHN A. ONORATO,
ESQUIRE, individually and in his capacity as
Erie County Solicitor,

               Defendants.

## <u>ORDER OF COURT</u>

       AND NOW, this _____ day of _____, 2006, upon consideration of the

foregoing Motion to Extend Time for Responding to Request for Production of Documents, it is

hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and the

Defendants' Supplemental Responses to Plaintiff's Request for Production of Documents are due

on or before February 13, 2006.

                        BY THE COURT:


                        _____J.