IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | | |
|---|---|---|
| ABBY B. CONLEY, | : | **JURY TRIAL DEMANDED** |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| COUNTY OF ERIE, ERIE COUNTY | : | |
| OFFICE OF CHILDREN AND YOUTH, | : | |
| a/k/a ERIE COUNTY CHILD WELFARE | : | ELECTRONICALLY FILED |
| SERVICE, RICHARD SCHENKER, | : | |
| individually and in his capacity as County | : | |
| Executive of Erie County, Pennsylvania, | : | |
| PETER CALLAN, individually and in his | : | |
| capacity as Erie County Director of Personnel, | : | |
| DEBRA LIEBEL, individually and in her | : | |
| capacity as Executive Director, Erie County | : | |
| Office of Children and Youth, a/k/a Erie | : | |
| County Child Welfare Service and JOHN A. | : | CIVIL ACTION NO. 05-76E |
| ONORATO, ESQUIRE, individually and in | : | |
| his capacity as Erie County Solicitor | : | |
| Defendants | : | |

**ORDER GRANTING MOTION TO EXTEND DISCOVERY**

AND NOW, this _____ day of February, 2006, upon consideration of Plaintiff's Third Motion For Extension of Discover, it is ORDERED that said Motion shall be, and is hereby GRANTED.

All discovery in the above-captioned matter shall be completed by April 19, 2006. Dispositive motions with briefs shall be filed on or before May 10, 2006; responses to those motions shall be due on or before May 31, 2006; Plaintiff's Pre-Trial Narrative Statement

shall be filed on or before May 10, 2006; and Defendant's Pre-Trial Narrative Statement shall be filed on or before June 1, 2006.

BY THE COURT:

_____
Honorable Sean J. McLaughlin, U.S.D.J.