LAW OFFICES OF:

# Timothy D. McNair

ATTORNEY AND COUNSELOR AT LAW

September 13, 2005

Edmond R. Joyal, Jr., Esquire  
Law Office of Joseph S. Weimer  
975 Two Chatham Center  
Pittsburgh, PA 15219

VIA FACSIMILE  
(412) 471-8748

Mark R. Lane, Esquire  
Dell, Moser, Lane & Loughney, LLC  
525 William Penn Place  
Suite 3700  
Pittsburgh, PA 15219-1707

VIA FACSIMILE  
(412) 471-9012

Re:   Abby Conley v. County of Erie, et al.

Gentlemen:

I have been unable to secure dates from your offices for depositions and the only dates you have suggested for depositions are days when I am not available.

I suggest that we make a joint request to the judge for a 45-day extension of discovery to get these depositions scheduled and completed.

Please advise me of your positions on this as soon as possible. Of course, if I do not hear from you I will go ahead and file a Motion indicating that your positions are unknown. Feel free to use E-mail, as that is the most efficient way to contact each other.

Thank you.

Very truly yours,

LAW OFFICES OF TIMOTHY D. McNAIR

By _____  
Timothy D. McNair, Esquire

TDM/may  
cc:   Abby B. Conley  
      Anthony Angelone, Esquire (via Facsimile - 868-0626)