LAW OFFICES OF:

# Timothy D. McNair

ATTORNEY AND COUNSELOR AT LAW

September 20, 2005

Edmond R. Joyal, Jr., Esquire
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA 15219

        Re:    Abby Conley v. County of Erie, et al.

Dear Mr. Joyal:

    Enclosed please find a Notice of Deposition for Debra Liebel which is scheduled for Tuesday, September 27, 2005, commencing at 2:30 p.m., Notice of Deposition for Peter Callan, which is scheduled for Tuesday, September 27, 2005, commencing at 4:00 p.m., and a Notice of Deposition for Richard Schenker which is scheduled for Wednesday, September 28, 2005, commencing at 9:00 a.m., with regard to the above-captioned matter. I have also enclosed copies of Notices of Deposition for other individuals which are scheduled for September 27 and 28.

    Thank you.

                                   Very truly yours,

                                   LAW OFFICES OF TIMOTHY D. McNAIR

                                   By_____
                                      Timothy D. McNair, Esquire

TDM/may
Enclosures

cc:    Abby Conley
       Mark R. Lane, Esquire