# DELL, MOSER, LANE & LOUGHNEY, LLC

ATTORNEYS AT LAW

525 WILLIAM PENN PLACE
SUITE 3700
PITTSBURGH, PENNSYLVANIA 15219-1707

TELEPHONE: 412-471-1180
FAX: 412-471-9012
www.dellmoser.com

SARA E. BAUGH
J. KAHLE BECKER
STANLEY T. BOOKER
JOHN BURGESS (PA OH)
RICHARD W. DELL, JR.
SEAN P. HANNON (PA OH)
MARK R. LANE (PA WV)
PATRICK J. LOUGHNEY (PA WV)
SCOTT A. MATTHEWS (PA WV)

DONALD J. MCCORMICK (PA WV OH)
PETER MOLINARO, JR.
GEORGE A. POWER
ROBERT S. RICHMAN
BRYAN J. SMITH (PA WV)
BRAD D. TRUST (PA WV)
DANIELLE M. VUGRINOVICH
ELEONORA M. ZYCH

September 22, 2005
File No. 9135

**VIA FACSIMILE
AND FIRST CLASS MAIL
(814) 454-2371**

Timothy D. McNair, Esquire
Law office of Timothy D. McNair
821 State Street
Erie, PA 16501

Re: Abby B. Conley vs. County of Erie, Erie County Office of Children and Youth, a/k/a Erie County Child Welfare Service, Richard Schenker, Peter Callan, Debra Liebel, and John A. Onorato, Esquire
U.S. District Court for the Western District of Pennsylvania – Erie Division
Civil Action No.: 05-CV-76 E

Dear Mr. McNair:

I am in receipt of your letter dated September 20, 2005, enclosing the Notice of Deposition for John A. Onorato, scheduling his deposition for Wednesday, September 28, 2005, commencing at 1:00 p.m. Unfortunately, Mr. Onorato is not available that afternoon to attend the deposition. Please provide me with alternative dates when you are available to conduct the deposition.

Thank you for your cooperation in this matter. I look forward to hearing from you.

Very truly yours,

Mark R. Lane

MRL/pls
Cc: Edmond R. Joyal, Esquire
Anthony Angelone, Esquire