**Joyal Jr,Edmond R**

**From:** Mark Lane [mrl@dellmoser.com]
**Sent:** Tuesday, November 08, 2005 10:49 AM
**To:** Timothy D. McNair; Joyal Jr,Edmond R
**Cc:** Anthony Angelone
**Subject:** RE: Conley vs. County of Erie Discovery Responses

Tim,

I am not available until December to conduct Mr. Onorato's deposition. Please provide me with some dates that are available to you. Thanks.

Mark Lane.

-----Original Message-----
**From:** Timothy D. McNair [mailto:tmcnair@velocity.net]
**Sent:** Tuesday, November 01, 2005 9:41 AM
**To:** Joyal Jr,Edmond R
**Cc:** Anthony Angelone; Mark Lane
**Subject:** Conley vs. County of Erie Discovery Responses

Mr. Joyal:

Responses to Ms. Conley's discovery requests were due Friday, October 28, having been served on September 26. We need to get these in a timely manner due to the deadlines in the Case Management Order.

Please let me know when we can expect to receive responses.

Timothy D. McNair

```
--
Timothy D. McNair
tmcnair@velocity.net
www.mcnairlaw.com
821 State Street
Erie, Pennsylvania  16501-1316
telephone:      (814)452-0700
facsimile:      (814)454-2371

        "Nobody has a more sacred obligation to obey the law than those who mak
        -- Sophocles
```

11/8/2005