LAW OFFICES OF:

# Timothy D. McNair

ATTORNEY AND COUNSELOR AT LAW

January 31, 2006

Edmond R. Joyal, Jr., Esquire
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA 15219

       Re:    Abby Conley v. County of Erie, et al.

Dear Mr. Joyal:

    This will acknowledge your letter Friday, January 27th, which I received on Monday, when I was out of town. Please be advised that I will not be available at 9:30 a.m. or 10:00 a.m. on February 2nd. Please reschedule the depositions of Amy E. Jones, Esquire and Gerald J. Villella, Esquire.

    Thank you.

Very truly yours,

LAW OFFICES OF TIMOTHY D. McNAIR

By _____
    Timothy D. McNair, Esquire

TDM/tad

cc: Anthony Angelone, Esquire
    Abby Conley

821 STATE STREET · ERIE, PENNSYLVANIA 16501-136
TELEPHONE 814.452.0700 · FACSIMILE 814.454.2371 · TOLL FREE (800)453-0566
E-MAIL tmcnair@velocity.net · URL http://www.mcnairlaw.com