Slahtovsky,Tina L

**From:** ecf_intake_pawd@pawd.uscourts.gov
**Sent:** Wednesday, January 25, 2006 9:12 AM
**To:** pawd_ecf@pawd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-00076-SJM CONLEY v. COUNTY OF ERIE, et al "Order on Motion to Extend Time"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Western District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from nk, entered on 1/25/2006 at 9:12 AM EST and filed on 1/24/2006
**Case Name:** CONLEY v. COUNTY OF ERIE, et al
**Case Number:** 1:05-cv-76
**Filer:**
**Document Number:** 40

**Docket Text:**
ORDER granting [39] Motion to Extend Time to Respond to the Request for production of documents. Signed by Judge Sean J. McLaughlin on 1/25/06. (nk)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=1/25/2006] [FileNumber=221664-0]
[3ea915358342c21ffc6d139c0c999e337201dc2073a60a2d6bb19d7771e56bbe377b
4ffdb2ca59963924b2688b42be31b4854c05bd1cab4c5ec675be09758979]]

**1:05-cv-76 Notice will be electronically mailed to:**

Edmond R. Joyal , Jr    ejoyal@stpaultravelers.com, colleen.m.styperk@stpaultravelers.com; tslahtov@stpaultravelers.com

Mark R. Lane    mrl@dellmoser.com,

Timothy D. McNair    tmcnair@velocity.net, tmcnair@surferie.net; tmcnair@adelphia.net

**1:05-cv-76 Filer will deliver notice by other means to:**

Anthony Angelone
Vendetti & Vendetti
3820 Liberty Street
Erie, PA 16509