**IN THE UNITED STATES DISTRICT COURT FOR**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ABBY B. CONLEY, | CIVIL DIVISION |
| Plaintiff, | No.:  05-CV-76 E |
| -vs- | Judge Sean J. McLaughlin |
| COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County,  Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth a/k/a Erie County Child Welfare Service, and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor, | |
| Defendants. | |

**DEFENDANTS', COUNTY OF ERIE, EIRE COUNTY OFFICE OF CHILDREN AND YOUTH a/k/a EIRE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, PETER CALLAN, DEBRA LIEBEL,**
**OPPOSITION TO PLAINTIFF'S AMENDED MOTION TO EXTEND DISCOVERY**

AND NOW, comes the Defendants, COUNTY OF ERIE, EIRE COUNTY

OFFICE OF CHILDREN AND YOUTH a/k/a EIRE COUNTY CHILD WELFARE SERVICE,

RICHARD SCHENKER, PETER CALLAN, DEBRA LIEBEL by and through their counsel

Edmond R. Joyal, Jr., Esquire and the Law Office of Joseph S. Weimer and hereby files this

Opposition to Plaintiff's Amended Motion to Extend Discovery as follows:

1.      These Defendants hereby incorporate by reference their Opposition to the

previously filed Motion to Extend Discovery.


                                        LAW OFFICE OF JOSEPH S. WEIMER


                                        *s/ Edmond R. Joyal, Jr.*
                                        Edmond R. Joyal, Jr., Esquire
                                        Law Office of Joseph S. Weimer
                                        975 Two Chatham Center
                                        Pittsburgh, PA  15219
                                        (412) 338-3184
                                        PA I.D. #65907
                                        Attorney for Defendants
                                        County of Erie, Erie County Office of
                                        Children and Youth a/k/a Erie County Child
                                        Welfare Service, Richard Schenker, Peter
                                        Callan, and Debra Liebel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANTS',

COUNTY OF ERIE, EIRE COUNTY OFFICE OF CHILDREN AND YOUTH a/k/a EIRE

COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, PETER CALLAN,

DEBRA LIEBEL, OPPOSITION TO PLAINTIFF'S AMENDED MOTION TO EXTEND

DISCOVERY has been served by First Class Mail, postage pre-paid, upon the following parties

on this 3rd day of February, 2006.

Anthony Angelone, Esquire
Vendetti & Vendetti
3820 Liberty Street
Erie, PA  16509
*(Counsel for Plaintiff)*

Timothy D. McNair, Esquire
Law Office of Timothy D. McNair
821 State Street
Erie, PA  16501
*(Counsel for Plaintiff)*

Mark R. Lane, Esquire
Dell, Moser, Lane & Loughney, LLC
525 William Penn Place, Suite 3700
Pittsburgh, PA  15219-1707
*(Counsel for Defendant, John A. Onorato, Esquire)*

LAW OFFICE OF JOSEPH S. WEIMER

*s/ Edmond R. Joyal, Jr.*
Edmond R. Joyal, Jr., Esquire
Attorney for Defendants
County of Erie, Erie County Office of
Children and Youth a/k/a Erie County Child
Welfare Service, Richard Schenker, Peter
Callan, and Debra Liebel