IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABBY B. CONLEY,

        Plaintiff

v.

COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor,

        Defendants

**JURY TRIAL DEMANDED**

Civil Action No.: 05-CV-76 E

Judge Sean J. McLaughlin

## ORDER OF COURT

AND NOW, this _____ day of February, 2006, upon consideration of Plaintiff's Third Motion for Extension of Discovery, it is hereby ORDERED that said Motion is DENIED. Discovery shall be extended only until March 20, 2006, and the Plaintiff shall be permitted to perform only depositions previously scheduled, but not conducted. All other pre-trial deadlines are also extended forty-five (45) days.

BY THE COURT:

_____
                              J.