IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | | |
|---|---|---|
| ABBY B. CONLEY, | : | **JURY TRIAL DEMANDED** |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| COUNTY OF ERIE, ERIE COUNTY | : | |
| OFFICE OF CHILDREN AND YOUTH, | : | |
| a/k/a ERIE COUNTY CHILD WELFARE | : | |
| SERVICE, RICHARD SCHENKER, | : | |
| individually and in his capacity as County | : | |
| Executive of Erie County, Pennsylvania, | : | |
| PETER CALLAN, individually and in his | : | |
| capacity as Erie County Director of Personnel, | : | |
| DEBRA LIEBEL, individually and in her | : | |
| capacity as Executive Director, Erie County | : | |
| Office of Children and Youth, a/k/a Erie | : | |
| County Child Welfare Service and JOHN A. | : | CIVIL ACTION NO. 05-76E |
| ONORATO, ESQUIRE, individually and in | : | |
| his capacity as Erie County Solicitor | : | |
|     Defendants | : | |

**ORDER**

AND NOW, to-wit this _____ day of March, 2006, upon consideration of the foregoing Motion for Protective Order, after opportunity for hearing and argument, the court finds that the interests of the Child Protective Services Law and its confidentiality provision, 23 Pa.C.S.§ 6340 will best be served by permitting the Plaintiff to take the deposition of Shara Saveikis, M.S.W., an employee of the Commonwealth of Pennsylvania, Department of Public Welfare who investigated an allegation made by

Plaintiff, but that the transcript of the deposition shall substitute initials for the names of the alleged abuser and of the alleged victim of the abuse in order to protect their privacy.

                                    BY THE COURT:

                                    _____

                                    Sean J. McLaughlin, U.S.D.J.