IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| ABBY B. CONLEY, | ) Docket No. 05-76E |
| | ) (SEAN J. MCLAUGHLIN) |
| Plaintiff, | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) JURY TRIAL DEMANDED |
| | ) |
| COUNTY OF ERIE, ERIE COUNTY | ) APPEARANCE ON BEHALF OF COUNTY |
| OFFICE OF CHILDREN AND YOUTH, | ) OF ERIE, ERIE COUNTY OFFICE OF |
| a/k/a ERIE COUNTY CHILD WELFARE | ) CHILDREN AND YOUTH AND CERTAIN |
| SERVICE, RICHARD SCHENKER, | ) INDIVIDUAL DEFENDANTS IN THEIR |
| individually and in his capacity as County | ) OFFICIAL CAPACITIES ONLY |
| Executive of Erie County, Pennsylvania, | ) |
| PETER CALLAN, individually and in his | ) Counsel of record for this party: |
| capacity as Erie County Director of | ) |
| Personnel, DEBRA LIEBEL, individually | ) Richard A. Lanzillo, Esq. |
| and in her capacity as Executive Director, | ) Knox McLaughlin Gornall |
| Erie County Office of Children and Youth, | ) & Sennett, P.C. |
| a/k/a Erie County Child Welfare Service | ) 120 West 10th Street |
| and JOHN A. ONORATO, ESQUIRE, | ) Erie, PA 16501 |
| individually and in his capacity as Erie | ) Telephone (814) 459-2800 |
| County Solicitor, | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| Defendants | ) PA53811 |

**APPEARANCE**

TO THE CLERK OF COURT:

       Please enter my appearance for defendants County of Erie, Erie County Office of Children and Youth a/k/a Erie County Child Welfare Service, and for defendants Richard Schenker in his official capacity as County Executive of Erie County, Pennsylvania, Peter Callan in his capacity as Erie County Director of Personnel, and Debra Liebel in her official capacity as Executive Director, Erie County Office of Children and Youth a/k/a Erie County Child Welfare

- 2 -

Service. The undersigned is not entering his appearance for any individual defendant in his or her individual capacity.

                                  KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

BY: /s/ Richard A. Lanzillo, Esq.
      Richard A. Lanzillo, Esquire
      120 West Tenth Street
      Erie, PA 16501
      Telephone (814) 459-2800
      Facsimile (814) 453-4530
      Email rlanzillo@kmgslaw.com
      PA53811

# 660669