# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Conley _____ )
_____ )
                        ) 
         Plaintiff      )
                        )
vs.                     ) No. CA05-76E
                        )
City of Erie, et al.,   )
_____ )
         Defendant      )

HEARING ON Mtn for Protective Order (Doc. # 48)

Held on Monday 3-6-06

Before Judge McLaughlin

~~Tim McNair~~ *Tim McNair        *Ed Joyal ; *Mark Sane
*Anthony Angelone                  *Rich Farzillo
Appear for Plaintiff               Appear for Defendant

Hearing begun 10:03 am            Hearing adjourned to 10:18 am

Hearing concluded C.A.V. _____   Stenographer Ron Beach

                                  Clerk n/a

### WITNESSES:

For Plaintiff                      For Defendant

Motion (# 48) is GRANTED