**IN THE UNITED STATES DISTRICT COURT FOR**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ABBY B. CONLEY, | CIVIL DIVISION |
| Plaintiff, | No.:  05-CV-76 E |
| -vs- | Judge Sean J. McLaughlin |

COUNTY OF ERIE, ERIE COUNTY OFFICE
OF CHILDREN AND YOUTH a/k/a ERIE
COUNTY CHILD WELFARE SERVICE,
RICHARD SCHENKER, individually and in
his capacity as County Executive of Erie
County,  Pennsylvania, PETER CALLAN,
individually and in his capacity as Erie County
Director of Personnel, DEBRA LIEBEL,
individually and in her capacity as Executive
Director, Erie County Office of Children and
Youth a/k/a Erie County Child Welfare
Service, and JOHN A. ONORATO,
ESQUIRE, individually and in his capacity as
Erie County Solicitor,

Defendants.

**ORDER OF COURT**

AND NOW, this ____ day of _____, 2006, upon consideration of

the within Motion to Withdraw Appearance, it is hereby ORDERED, ADJUDGED and

DECREED that said Motion is GRANTED and Edmond R. Joyal, Jr., Esquire's appearance is

hereby withdrawn.

BY THE COURT:

_____J.