IN THE UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY B. CONLEY, | CIVIL DIVISION |
|         Plaintiff, | No.: 05-CV-76 E |
|         -vs- | Judge Sean J. McLaughlin |
| COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth a/k/a Erie County Child Welfare Service, and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor, | |
|         Defendants. | |

**<u>ORDER OF COURT</u>**

AND NOW, this ____ day of _____, 2006, upon consideration of the within Motion to Withdraw Appearance, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and Edmond R. Joyal, Jr., Esquire's appearance is hereby withdrawn.

BY THE COURT:

_____J.