IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABBY B. CONLEY,

      Plaintiff

v.

COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor,

      Defendants

**JURY TRIAL DEMANDED**

Civil Action No.: 05-CV-76 E

Judge Sean J. McLaughlin

## **MOTION TO COMPEL**

AND NOW comes Defendant, John A. Onorato, Esquire, individually and in his official capacity, by and through his attorneys, Dell, Moser, Lane and Loughney, LLC, and Mark R. Lane, Esquire, and files the within Motion to Compel Answers to Interrogatories and Responses to Request for Production of Documents:

1.    Plaintiff's Complaint alleges violations of 42 U.S.C. §1983, Conspiracy to Violate 42 U.S.C. §1983, Violation of the Whistle Blower Law (43 Pa. C.S. §1421-1428), and wrongful discharge.

2.    The Complaint further alleges claims against Mr. Onorato, individually, for defamation and violation of 42. U.S.C. §1983.

1

3.  On January 9, 2006, Defendant Onorato served a Third Set of Interrogatories and Request for Production of Documents directed to the Plaintiff. A true and correct copy of the Third Set of Interrogatories and Request for Production of Documents directed to Plaintiff are attached hereto and identified as Exhibit "A."

4.  Federal Rules of Civil Procedure 33(b)(3) and 34(b) require a party to respond to interrogatories and requests for production of documents within thirty (30) days.

5.  On February 28, 2006, Defendant's counsel sent a letter to Plaintiff's counsel requesting a response to the interrogatories and requests for production of documents. The letter dated February 28, 2006, is attached hereto as Exhibit "B."

6.  Defendant's counsel has yet to receive the requested responses.

7.  Defendant will be severely prejudiced in his ability to defend this matter without the requested information.

WHEREFORE, Defendant, John A. Onorato respectfully requests this Honorable Court enter an order requiring Plaintiff to respond to Defendant's Third Set of Interrogatories and Requests for Production of Documents within twenty (20) business days.

Respectfully Submitted:

DELL MOSER LANE & LOUGHNEY, LLC

_____
Mark R. Lane, Esquire
Pa. I.D. No. 61923

**JURY TRIAL DEMANDED**     Attorneys for Defendant, John A. Onorato, Esquire

525 William Penn Place, Suite 3700
Pittsburgh, PA 15219
(412) 471-1180

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Motion to Compel Discovery Responses** and **Discovery Dispute Certificate of Compliance** have been served upon all counsel of record by Electronic Mail, this 5th day of April, 2006 as follows:

Anthony Angelone, Esquire
Vendetti & Vendetti
3820 Liberty Street
Erie, PA 16509
*Counsel for Plaintiff*

Timothy D. McNair, Esquire
Law office of Timothy D. McNair
821 State Street
Erie, PA 16501
*Counsel for Plaintiff*

Edmond Joyal, Esquire
The Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA 15219
*Counsel for County of Erie, et al.*

Richard A. Lanzillo, Esquire
Knox, McLaughlin, Gornall & Sennett, P.C.
120 West 10th Street
Erie, PA 16501
*Counsel for County of Erie, et al.*
**Official Capacities Only**

Mark R. Lane, Esquire
Attorney for Defendant,
John A. Onorato, Esquire