9135

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABBY B. CONLEY,

    Plaintiff

v.

COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor,

    Defendants

**JURY TRIAL DEMANDED**

Civil Action No.: 05-CV-76 E

Judge Sean J. McLaughlin

## ORDER OF COURT

AND NOW, to wit, on this _____ day of _____, 2006, it hereby ORDERED, ADJUDGED AND DECREED that Defendant John A. Onorato's Motion to Compel Third Set of Interrogatories and Request for Production of Documents is hereby granted. Plaintiff shall provide full and complete responses within twenty (20) days of the date of this Order.

BY THE COURT:

_____J.