IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY B. CONLEY, | |
|     Plaintiff | |
| | **JURY TRIAL DEMANDED** |
| v. | |
| COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor, | Civil Action No.: 05-76E<br><br>The Honorable Sean J. McLaughlin |
|     Defendants | |

## CERTIFICATE OF COMPLIANCE

1. On January 9, 2006, the undersigned counsel for Defendant John A. Onorato served counsel for Plaintiff Abby B. Conley with a Third Set of Interrogatories and Requests for Production of Documents directed to the Plaintiff relative to the above case.

2. On February 28, 2006, the undersigned counsel sent counsel for Plaintiff correspondence requesting answers to the Third Set of Interrogatories and Requests for Production of Documents.

3. To date, Plaintiff's counsel has failed to provide responses to the discovery requests and has failed to respond to the February 28, 2006 correspondence.

9135

    4.    The undersigned counsel made a good faith attempt to confer with Plaintiff's counsel in an effort to obtain full and complete discovery responses without court action.

Respectfully Submitted:

DELL MOSER LANE & LOUGHNEY, LLC

*/s/ Mark R. Lane*

Mark R. Lane, Esquire
Pa. I.D. No. 61923

**JURY TRIAL DEMANDED**    Attorneys for Defendant, John A. Onorato, Esquire

525 William Penn Place, Suite 3700
Pittsburgh, PA 15219
(412) 471-1180