IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY B. CONLEY, | |
| Plaintiff | **JURY TRIAL DEMANDED** |
| v. | Civil Action No.: 05-CV-76 E |
| COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor, | Judge Sean J. McLaughlin |
| Defendants | |

## ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF JOHN A. ONORATO, ESQUIRE

AND NOW, to wit, on this _____ day of _____, 2006, it hereby ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment filed on behalf of John A. Onorato, Esquire is GRANTED. All claims against John A. Onorato, Esquire set forth in Plaintiff's Complaint are hereby dismissed with prejudice, and judgment is entered in favor of John A. Onorato, Esquire and against Plaintiff, Abby B. Conley.

BY THE COURT:

_____J.
The Honorable Sean J. McLaughlin