**Appendix Exhibit 1**

Friday, September 10, 2004

Debra Liebel,
Director
Office of Children and Youth
154 West 9th Street
Erie, PA 16501

Re:  My Resignation

Dear Ms. Liebel:

Please accept this as my voluntary resignation from my position with the Office of Children and Youth. I am voluntarily relinquishing my name badge, and any and all County property within my control or in my position.

I am also, by affixing my signature, releasing the County of Erie and The Office of Children and Youth, from any and all claims arising out of my employment with the County.

In turn I am requesting that should I apply for Unemployment Compensation, said application will not be challenged by the County.

I am also requesting that any and all communication with any and all potential employers be limited to confirming the dates worked and the positions held by the Respondent.

Finally, I promise that I will not disclose, disseminate ,publicize, comment or speculate on the nature or cause of my termination or any other confidential information.

Sincerely,

*Abby B Conley*
Abby Conley

We hereby accept your voluntary resignation and the terms thereof, and on behalf of the County, , IWe promise that we will not disclose, disseminate ,publicize, comment or speculate on the nature or cause of my termination.

*Debra Liebel*  9/10/04
Debra Liebel,

*P. Callan*  9/10/04
Peter J. Callan

**EXHIBIT**
App. Ex. 1