**Appendix Exhibit 2**



Shara B. Saveikis
Regional Program Representative

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF PUBLIC WELFARE
OFFICE OF CHILDREN, YOUTH AND FAMILIES
701 State Office Building
300 Liberty Avenue
Pittsburgh, Pennsylvania 15222

(412) 770-9003
Fax: (412) 565-7808

August 30, 2004

Ms. Debi Liebel, Director
Erie County Children and Youth Services
154 West Ninth Street
Erie, Pennsylvania 16501

Dear Ms. Liebel:

Pursuant to a complaint relating to the alleged maltreatment of a child under the care and supervision of your agency, the Western Regional Office of Children, Youth and Families conducted a review on June 29, 2004. This assessment revealed the following concerns with the demeanor and judgment of one of your employees, Abby Conley, Social Service Aide.

The alleged maltreatment occurred on June 9, 2004, but was not reported by Ms. Conley until June 21, 2004. During the interview with Ms. Conley, her explanation of the delay in reporting did not correspond with her expressed concern of the severity of maltreatment.

Throughout an approximate 30 minute interview, Ms. Conley's affect appeared to be labile. Her demeanor vacillated from speaking in a childlike manner, to that of an articulate, knowledgeable professional, to bouts of crying, laughter and angry tones. This vast repertoire of behavior recurred several times during the course of this interview.

The allegations of child maltreatment could not be substantiated partially due to the questionable credibility of Ms. Conley as evidenced by the behaviors outlined above. If you have any questions, you may reach me at (412)-770-9003.

Sincerely,

Shara B. Saveikis, MSW
Regional Program Representative



DEPOSITION EXHIBIT
Cauley #2

EXHIBIT
App. Ex. 2



*Shara B. Saveikis*
*Regional Program Representative*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF PUBLIC WELFARE
**OFFICE OF CHILDREN, YOUTH AND FAMILIES**
701 State Office Building
300 Liberty Avenue
Pittsburgh, Pennsylvania 15222

(412) 770-9003
Fax: (412) 585-7808

July 2, 2004

Ms. P▓▓▓ W▓▓▓
c/o Erie County Children and Youth
154 West 9th Street
Erie, Pennsylvania 16501

RECEIVED
JUL 0 6 2004
Office of Children & Youth
ERIE, PENNSYLVANIA

Dear Ms. W▓▓▓

   The Western Regional Office of Children, Youth and Families has completed the child abuse investigation on D▓▓▓ B▓▓▓ wherein you were named as the alleged perpetrator. This letter is to inform you that the status of the report is "Unfounded."

   Should you have any questions on the investigation or the status of the report, please contact my office at your convenience.

Sincerely yours,

Shara B. Saveikis, MSW
Regional Program Representative

cc: Ms. Debbie Liebel, Erie County CYS