**Appendix Exhibit 5**

**Dates of Contact/Safety Assessment and Plans**

**Case Name:** W▓  **Case Number:** C18674

**Contact Date/Time:** 6/9/2004 10:45 AM **Contact by:** Abby Conley **Entered by:** Abby Conley
**Contact Location:** Other - specify in results of contact area

**Type of Contact:** In Person, Announced, Kept

**Persons Contacted:** V▓=Mom D▓&J▓=Children
**Reason for Contact:** Visitation
**Results:** Visit was late starting today (my fault) I met V▓ at Lovell Place at 10:30 when visit was to begin, and explained that I was running late. I went to FH picked up kids, and met V▓ and P▓ back at Lovell Place. Visit was supervised by P▓ till 12:00, this case aide left. Lisa Babel from CVS was at visit when I arrived at 12. Kids had cake, and played for a little while. V▓ brought J▓ a cake for his birthday, and gifts. We cleaned up visitation area, I gave V▓ till 1:00 today to make up for being late. V▓ said P▓ missed her visit last week and that she is owed another visit with her kids. Visit concluded today after 2 hours and 15 minutes.
**Safety Question/Answer:** Was there anything learned during this contact that requires the safety plan to be altered? Answer: No

**EXHIBIT**
App. Ex. 5