**Appendix Exhibit 10**

## Matt Granger

From: Conley, Abby
Sent: Tuesday, May 04, 2004 11:42 AM
To: 'abby@ilovejesus.net'
Subject: FW: C█████

-----Original Message-----
From: Conley, Abby
Sent: Monday, April 19, 2004 11:01 AM
To: Deveney, Sue
Subject: █████

[W] Ca███Sh██████
s.doc (33 KB...

## Matt Granger

From: Conley, Abby
Sent: Tuesday, May 04, 2004 11:41 AM
To: 'abby@ilovejesus.net'
Subject: FW: S█████

-----Original Message-----
From: Conley, Abby
Sent: Monday, April 19, 2004 10:51 AM
To: Deveney, Sue
Cc: Schetter, Michele
Subject: S█████

[W] S█████CourtSumma
ry.doc (29 KB...

EXHIBIT C

2

**EXHIBIT**

App. Ex. 10