**Appendix Exhibit 12**

From:     Deanna Cosby [COSBYDE@co.mecklenburg.nc.us]
Sent:     Tuesday, May 25, 2004 2:26 PM
To:       Conley, Abby
Subject:  RE: Were in the paper again today.

abby stop it you know i don't like ecocy an i would do ANYTHING to see it go down in flames!!!!!

>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 2:27:27 PM >>>
you are not telling the truth

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 2:21 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


to late while you're emailing me back and forth the call was put into his vm

>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 2:23:33 PM >>>
okay, go ahead tell Ed everything! 870-1600 press zero for the operator

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 2:16 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


yes I can we can dial directly out on our desk phones or c-phones

>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 2:18:59 PM >>>
You can't call long distance at work!

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 2:12 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


ok its done

>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 2:14:54 PM >>>
I double dog dare you. Ed Paletalla is the reporter that has run all the stories.

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 2:05 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


i'm dead serious no pun intended

1

EXHIBIT
App. Ex. 12

```
>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 2:08:58 PM
>>>
You made me laugh out loud
```

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 2:02 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


to tell them about the child dying

```
>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 2:06:48 PM
>>>
why?
```

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 2:00 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


i calling the times newspaper

```
>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 2:03:01 PM
>>>
she gave me looks to kill, then told me, no ONE is to find out about this kid drowning.
```

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 1:56 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


i know you are not suprised and Sue was probably to zooted to react

```
>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 1:59:30 PM
>>>
Mike did not shed a tear or acted like he cared when he found out
```

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 1:50 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


he probably hasn't seen that kid in a year

```
>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 1:53:54 PM
>>>
One of M▮ H▮ kids, the kid drowned this weekend at beaconlight
```

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 1:47 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


who what when where

2

```
>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 1:48:55 PM
>>>
another one of our kids died
```

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 1:40 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


i'm back now

```
>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 1:41:44 PM
>>>
Okay, tra la!
```

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, May 25, 2004 12:37 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


he's already curbed....he's skidding on his face on the curb.  i'm going
to lunch i'll call you tonight.

```
>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/25/2004 11:25:30 AM
>>>
Kick him to the curb Deanna, you don't need this stuff! It sounds like
his heart is in two camps. Her's and yours.
```

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Monday, May 24, 2004 2:49 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.


maybe i am but seriously if the situation is not what i'm looking for
and the only person benefitting here is him whats the purpose? i'm not
trying to be all dramatic but yesterday he said that the girl told him
that if she found out he was seeing somebody else them she was going
to
go all postal.  me being inquisitive as i am i asked him if he was
pleased by her comment he said no but i'm some dumb not plum dumb and
its what he didn't say.  he had a kind of smirk on his face and i
don't
need that kind of drama.  my heart would hurt for her knowing what
i've
been through if he's been playing us both but on the other hand if she
showed up at my door i'd get kicked out of charlotte because i would
give him and her jamielle's ass whoopin. and thats the truth.....!!!!!
so you see why i'm not so sure this is okay.  also more of his
comments
are of a sexual nature. if he's touching me it has to be in that
manner
and to tell you the truth sexually i'm not that pleased w/ his
performance

```
>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/24/2004 1:10:52 PM
>>>
You big baby!
```

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]

3

Sent: Monday, May 24, 2004 12:07 PM
To: Conley, Abby
Subject: RE: Were in the paper again today.

i'm not saying that I don't but some things are just not worth the drama
and every time something like this happens i get a little less interested.

>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/24/2004 10:57:12 AM >>>
You would not get your nose out of socket, if you didn't like him!

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Monday, May 24, 2004 10:42 AM
To: Conley, Abby
Subject: RE: Were in the paper again today.

well say something about the rest damn it

>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/24/2004 10:44:31 AM >>>
No, it's the only thing that made me happy!

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Monday, May 24, 2004 10:38 AM
To: Conley, Abby
Subject: RE: Were in the paper again today.

is that the only thing you read

>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/24/2004 10:33:43 AM >>>
Your coming home? Oh goodie! When?

You can't write anonymous letters to the paper, they won't print them.

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Monday, May 24, 2004 9:23 AM
To: Conley, Abby
Subject: Re: Were in the paper again today.

Is she currently a f.p if so I'm sure K. K----- will make sure that they
no longer get any children. I feel like I should write an anonymous letter.

This week was odd, but good. Friday Derek came over and he and I had a
nice evening. Then Saturdat when he called he was in a bad mood. He
just kept talking about his ex although he said he hadn't had any
contact w/ her. then Sunday he came over for a while after I got out of
church and talked about her again over and over. I told him I want for
him whatever he wants so if he's happy w/ or misses her he should try to
work it out he just looked at me. Then I asked him what he was doing w/
me he said "we're just friends." then in a nasty voice he said, "now

4

does that answer your question." So I just said yes. Then about an hour goes by and he said "whats wrong w/ you." I'm not mad (4-real) but
I think I've settled for to long and I have learned my lesson for past experiences and I just think I'm going to pumped the brakes on this friendship.

Also I need to call ceel one as my calling plan is all screwed up. I called again yesterday and they said my calling plan in sun-sat free nights from 9pm to 6am this is including the supposed free weekends. When I come home nexy month I'm changing my plan.

>>> "Conley, Abby" <aconley@eriecountydhs.org> 05/24/2004 8:51:00 AM >>>
ECOCY is in the paper again, I read part of the story online. They are really hammering OCY. Here is a letter that is from the
foster mom who had the little girl in her home. She is sending this to the paper.

ABC

Subject: letter to the editor
This letter is in tribute to a young lady who lived with us for 15 months. She was the most loveable, trusting child you could have known. She recently has been in the news, as the fifteen year old who was allegedly abused by her adopted mother.
I do not want to point a finger at any one agency, but I want people to
learn from this lesson. There were numerous agencies
involved in this child/s life. Each person who came in contact with her
had a chance to change what has been a tragic ending to a
beautiful life. Some people chose to look the other way, others to ignore what seemed to be apparent. This child was crying for
help--maybe from her friends, maybe from her neighbors, maybe from her relatives. During the last three years, I am sure there have
been other people who could have changed the course of this story. Let each of us listen a little more, look harder, find the truth,
and BE INVOLVED. It can change the course of someone's life. It may be too late for her, but it isn't too late for the next
child--and we know there are more. Become involved--advocate for special needs children--for ALL children--do more--reach a
child--before it is too late. D▮▮▮ M▮▮▮▮

Abby B. Conley

5