**Appendix Exhibit 14**

**Matt Granger**

| | |
|---|---|
| **From:** | Conley, Abby |
| **Sent:** | Monday, June 07, 2004 10:04 AM |
| **To:** | 'Deanna Cosby' |
| **Subject:** | RE: did you call my cell last night |

You said (she will)VW

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Monday, June 07, 2004 9:57 AM
To: Conley, Abby
Subject: RE: did you call my cell last night

thanks, but for what

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/07/2004 8:55:21 AM
>>>
God Bless you Deanna!

We are in the paper again today, and in the letter to the Editor.

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Friday, June 04, 2004 3:17 PM
To: Conley, Abby
Subject: RE: did you call my cell last night

she will

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/04/2004 2:29:53 PM
>>>
I just spoke to V▬▬ last night, she was not in labor. Her attorney
told V▬▬ that she has nothing to worry about when it comes
to the unborn child. She told V▬▬ that we (OCY) cannot detain.
V▬▬ is taking her attorney advice, she is due any day. P▬▬
has detention letters at all the local hospitals. V▬▬ does not see
this coming.

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Friday, June 04, 2004 1:59 PM
To: Conley, Abby
Subject: RE: did you call my cell last night

there is a new kinship placement policy that was issued in 12/03 that
i
remember and might still have a copy of to foward it to the att.  it
states that the cw can do an "eyeball" check rather than the homestudy
rather than place the baby into foster care but i remember when i
tried
to do that and had the documentation to back it up sue wouldn't let me
so i'm going to tell vw's att about it.

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/04/2004 1:56:58 PM
>>>
Your in a better position then I!

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]

1

**EXHIBIT**

App. Ex. 14

Sent: Friday, June 04, 2004 1:49 PM
To: Conley, Abby
Subject: RE: did you call my cell last night


You know I'm not in any position to judge who's sin is greater I don't
even believe I can weigh it that way aren't all sins equal in the eyes
of the Lord?  What you are doing is not a sin because you did speak
up,
several times in vw's defense but what I'm asking is in your christian
experience would I be wrong if i tried to help

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/04/2004 1:51:53 PM
>>>
When you we're talking about Esther today, I thought about what you
said. I think too, even though things look bad, and God can make
things right, I often think sometimes God expects us to do what's
right.

Facts are this; P▬▬▬ has severe mental health issues, Sue does not
have the professional aptitude to make the call that she has on
VW. Fact these two ladies are taking it upon them self to play god. I
sit on my hands, while I know what their doing is wrong. Who's
sin is greater, theirs or mine?

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Friday, June 04, 2004 1:39 PM
To: Conley, Abby
Subject: RE: did you call my cell last night


i'm not if you personally think it's right or maybe i am but from a
christian stand point

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/04/2004 1:39:15 PM
>>>
No, I want you to help her. I'm crushed by what is going to happen.
Its
just not right Deanna.

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Friday, June 04, 2004 1:31 PM
To: Conley, Abby
Subject: RE: did you call my cell last night


do you think i'm wrong for wanting to help vw?

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/04/2004 1:34:00 PM
>>>
No Miss ThanG!

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Friday, June 04, 2004 1:25 PM
To: Conley, Abby
Subject: RE: did you call my cell last night


is there anyone that i don't know

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/04/2004 1:30:05 PM
>>>
Okay!

2

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Friday, June 04, 2004 1:23 PM
To: Conley, Abby
Subject: RE: did you call my cell last night


I know Zin tell her I said hi.  She goes to my old church greater
calvery and she was also recently married.  If she doesn't remember me
tell her Rosy's niece Deanna said hi.

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/04/2004 1:17:11 PM
>>>
I have learned not to trust! Zin, the new girl is awesome. She is
Christian, normal, and believes in empowerment! God sent her to
this unit. I can tell she going to be one of us!

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Friday, June 04, 2004 1:09 PM
To: Conley, Abby
Subject: RE: did you call my cell last night


w/ justification

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/04/2004 1:09:42 PM
>>>
Paranoid!

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Friday, June 04, 2004 12:09 PM
To: Conley, Abby
Subject: RE: did you call my cell last night


can someone say.....paranoid

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/04/2004 11:28:57 AM
>>>
Yes I did, I REALLY wanted to tell you something! I'll talk to you
this
weekend! I don't trust this email system (monitored).


-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Friday, June 04, 2004 11:12 AM
To: Conley, Abby
Subject: did you call my cell last night


did you call my cell last night