**Appendix Exhibit 16**

**Matt Granger**

| | |
|---|---|
| From: | Conley, Abby |
| Sent: | Friday, June 11, 2004 10:00 AM |
| To: | 'Deanna Cosby' |
| Subject: | RE: Hey I haven't spoken to you in a while. Just wanted to say   hi. |

I knew she was not telling the truth, I noticed Michele Shetter looking at my email (it was opened to my deleted file) it shows just subject line and from information. I know she saw an email about VW's attorney.

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Friday, June 11, 2004 9:25 AM
To: Conley, Abby
Subject: Hey I haven't spoken to you in a while. Just wanted to say hi.

Hey I haven't spoken to you in a while.  Just wanted to say hi.

1

**EXHIBIT**

App. Ex. 16