**Appendix Exhibit 17**

## Matt Granger

**From:** Deanna Cosby [COSBYDE@co.meckienburg.nc.us]
**Sent:** Friday, June 11, 2004 10:15 AM
**To:** Conley, Abby
**Subject:** I have spoke to an attorney re: you inquiry re: the email system a ecocy

EXHIBIT
App. Ex. 17

8/4/2004