**Appendix Exhibit 18**

| | |
|---|---|
| From: | AttMike Fisher [attMikeFisher@aSurfer.com] |
| Sent: | Friday, June 11, 2004 1:34 PM |
| To: | Conley, Abby |
| Subject: | co worker reading email |

get back to me on last name

See how your lender rates at http://MortgageGauge.com
** People emailing you asking for a financial transaction?  Learn about this fraud:
http://www.secretservice.gov/alert419.shtml

1

**EXHIBIT**

App. Ex. 18

| | |
|---|---|
| From: | AttorneyMike Fisher [mike_fisher@pennsylvania.usa.com] |
| Sent: | Friday, June 11, 2004 8:59 PM |
| To: | Conley, Abby |
| Subject: | Staff reading your email/Slander/Legal route |

Reading your email-taking it out of context-false reporting is against the law. You know you can count on me! Lets take them to court! What is Michele's last name?

Mike

--

Sign-up for Ads Free at Mail.com
http://promo.mail.com/adsfreejump.htm

1

| | |
|---|---|
| From: | AttorneyMike Fisher [mike_fisher@pennsylvania.usa.com] |
| Sent: | Friday, June 11, 2004 9:02 PM |
| To: | Conley, Abby |
| Subject: | Your supervisor is not very bright! |

Do not take your supervisors advice, she does not sound very bright!

Okay, I'll call tonight! What is your home email?

Mike
--

Sign-up for Ads Free at Mail.com
http://promo.mail.com/adsfreejump.htm

1

| | |
|---|---|
| From: | AttorneyMike Fisher [mike_fisher@pennsylvania.usa.com] |
| Sent: | Friday, June 11, 2004 9:12 PM |
| To: | Conley, Abby |
| Subject: | What is Micheles last name? |

--

---

Sign-up for Ads Free at Mail.com
http://promo.mail.com/adsfreejump.htm

1

Deposition Exhibit
Conley 4
Debi LaGamba, RPR
Wordz R Us

3