**Appendix Exhibit 19**

| | |
|---|---|
| From: | Deanna Cosby [COSBYDE@co.mecklenburg.nc.us] |
| Sent: | Monday, June 28, 2004 9:56 AM |
| To: | Conley, Abby |
| Subject: | Re: questions |

1. The family name is ~~█████~~ look in the record for the address and #
2. yes
3. i don't remember
4. i don't know and it might not be relevant

>>> "Conley, Abby" <aconley@eriecountydhs.org> 06/28/2004 8:30:16 AM >>>
I decided to write down the things I kept forgetting to ask you.

1) What is the name of that client of yours that had mental health issues? The guy that got angry and caused a lock down because of P~~███~~. Do you know how I could get a hold of him?

2) Would you be willing to speak to Western Region, about PW and SD?

3) What was the name of the family you heard PW maligning, remember last year you said you over heard her giving it to a parent?

4) Do you know PW's ex-husbands name? I know that attorney did (Amy Jones)

Abby B. Conley

EXHIBIT
App. Ex. 19