**Appendix Exhibit 20**

**Matt Granger**

From: Conley, Abby
Sent: Friday, July 09, 2004 2:00 PM
To: Deveney, Sue
Subject: RE:

Thank you very much...........

ABC

-----Original Message-----
From: Deveney, Sue
Sent: Friday, July 09, 2004 12:53 PM
To: Conley, Abby
Subject: FW:

Abby -- This is to confirm what I said at our meeting yesterday regarding confidentiality. It is expected that confidentiality will be maintained regarding the recent incident in our unit. It is not to be discussed with professionals from other agencies, nor with the parents, foster parent, etc. According the directive I received from Administration, should this expectation not be followed, sanctions will be given out accordingly.

The purpose of our meeting was to discuss this issue. I approached you because I am your Supervisor and it was my responsibility to remind you about confidentiality. As you recall, we also discussed a case you service in Tami Petrucelli's unit, the C█████ case in great length, and my concerns about your emotional involvement in cases at times.

Thank you.  ~Sue~


-----Original Message-----
From: abby@christian.net [mailto:abby@christian.net]
Sent: Friday, July 09, 2004 7:33 AM
To: Deveney, Sue
Subject:

Ms. Deveney;

I am notifying you from my home email, I do not have the needed time this morning to make this request in person.

I was wondering if you would please place the comments you made to me in your office yesterday 7/9/04, in regards to someone in the public having knowledge about the Case Worker you mentioned, and possible sanctions being launched against me in the future.

If you could also include what you said about Debi Liebel giving you that directive to approach me on this subject matter, I would appreciate it.

Having this document in writing will help me clarify and understand what necessitated our meeting, what my role was, and is on this subject in the future.

Thank you for your attention in this matter,

Abby B. Conley M.Th.
Social Service Aide

1

EXHIBIT
App. Ex. 20

Cc;Records


--
Abby B. Conley M.Th.
Reporter = Morning Star Publication
Webmaster; http://www.geocities.com.page4jesus