**Appendix Exhibit 21**

**Biroscak, Pam**

From: abby@christian.net
Sent: Monday, July 12, 2004 8:19 AM
To: Biroscak, Pam

Ms.Biroscak,
I am sending this from my home email, I was not sure if you would me able to meet with me today. This matter is urgent.

On 5/9/04 Ms. Deveney called me into her office; I asked her if it was about the incident that occurred on my first case that morning (I had to use on call). She said no, and then asked me to explain what happen. Ms. Deveney became agitated (as I explained the chain of events) asking me why I placed a parent in my car, and began to correct me. She stated she really needed "to question my judgment" Ms. Deveney was completely inappropriate with her advice, knew nothing about the dynamics of the incident. She referred to my course of action to resolve the conflict; in the absolute opposite direction it should have gone. In contrast; the on call Supervisor (Mrs. Circle) that morning said I did an outstanding job under such adverse conditions, and Ms. Deveney had concerns? Ms. Deveney had not even heard the entire explanation before she started correcting me.

Then Ms. Deveney got to the issue she needed to discuss with me. Ms. Deveney started the conversation by saying that there we're people in the community that new about Ms. W▊▊▊'s personal life. Ms. Deveney said that Debi Liebel gave her the directive to speak to me and to tell me that if anything that happened is leaked out, that sanction would be brought against me. My question is what was said to Ms. Liebel that would warrent such a directive? Why am I responsible for what someone "in the public" says's about Mr. W▊▊▊? Ms. Deveney said that the things being said about Ms. W▊▊▊'s past, we're "crossing the line" and "cruel". I ask again, how was I responsible for "this person out in the public" and what I had done to warrant such a warning. I DID NOTHING. Ms. Deveney said she was simply following the directive of Ms. Liebel. Then told me that I needed to keep things confidential (that was the only thing she said that was fair.)

I asked Ms. Deveney how I could remain on this unit, and be myself. I asked what it would take for her to forgive me? I explained how I have been repeatedly told how Ms. Deveney gossips and maligns me behind my back. Ms. Deveney asked me what I had heard. I stated one topic of being emotionally involved in cases.

Ms. Deveney then asked me for my opinion on a case I have on her unit. I told her my honest feelings, that I don't know who hurt the children, and Ms. Deveney began to explain again how she knows what parent did it. (Ms. Deveney was not there, when these children we're hurt. It is inappropriate to make comments like this in my opinion) I told Ms. Deveney that just because I don't share her opinion, does not mean I'm emotionally involved. I was not there, I don't know who hurt these kids. Further more my "feelings" have no barring on the outcome of the case. I simply facilitate visits. Ms. Deveney insisted that I'm emotionally involved.

Mr. Biroscak, there is a lot of things people can tell me to do at this agency, but when they start dictating how I can feel, I take exception.

Why am I being punished for doing the right thing? I did not grab this childs face?

I think it is important to explain both my role and stand on this incident involving Mrs. W., and this child. The first thing I need to define is that I NEVER said Mrs. W. physically abused, punched, beat or hurt this child. I said she grabbed her by the face and shook her. Mrs. W was visibly angry at this three year old child, and to say the very least, lacked copping skills at that particular moment. I also spoke of how Mrs. W maligned and acted with this child's biological parent during a visit. I told the DPW agent that I did not feel that she (Mrs. W) physically abused the child, but felt it was inappropriate. The agent subsequently agreed, and deemed the incident unfounded. That does NOT mean what Mrs. W did was right. It also does not mean I should not have reported it to my supervisor. The reason the charges we're unfounded is because of what I said.

1

EXHIBIT

App. Ex. 21

Ms. Deveney states that it took me 2 weeks to report this incident. It was actually 6 business days. Ms. Deveney does not tell you that she repeatedly told me she's was too busy when I approached her office that week. Ms. Deveney is chronically unavailable in the morning; I approached her office at least time 3 times in those six days only to find her not there or in the building. Ms. Deveney never arrives before 9:00 and will show up between 9:30, 9:45 or even after 10:00 a.m. Monday through Friday every single day. Although I am expected to be at work at 8:30, and start working by 8:30, those same global standards don't apply to Ms. Deveney. I am faulted for not reporting it sooner? I'm not sure that on the day that Mrs. Holton was available during Ms. Deveney's absents, that it would have been reported when it was. I'm also told I have to follow the chain of command. If I don't have a supervisor I can talk to, and I'm not allowed to go over her head, what do you expect me!
   to do? Its equivalent to locking the door's of a building, then asking me to come in. It is IMPOSSIBLE to meet with my supervisor on the dynamics of cases that I'm involved in, unless she agree's.

It was difficult to approach anyone about what I had seen, but I did it anyway. I did it because it was the right thing to do. I did it because these children count on me. I did it because, when you hired me, I promised to be the very best I could be.

Ms. Biroscak it is obvious to me that Ms. Deveney is doing anything in her power to find something to discredit, and harass me. I will NOT tolerate this, I have rights, and I will exercise them it this harassment does not stop.

I look to you for help, before taking matters into my own hands.


Abby B. Conley
Social Service Aide


Colossians 3:23 Work hard and cheerfully at whatever you do, as though you were working for the Lord rather than for people.




--
Abby B. Conley M.Th.
Reporter = Morning Star Publication
Webmaster; http://www.geocities.com.page4jesus