**Appendix Exhibit 22**

**Matt Granger**

From: Conley, Abby
Sent: Tuesday, July 20, 2004 3:32 PM
To: 'Deanna Cosby'
Subject: RE: hey

You mean you know.............Hee hee

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, July 20, 2004 3:25 PM
To: Conley, Abby
Subject: RE: hey


i no

>>> "Conley, Abby" <aconley@eriecountydhs.org> 07/20/2004 3:30:11 PM
>>>
I meant watch my time! not what my time

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, July 20, 2004 3:23 PM
To: Conley, Abby
Subject: RE: hey


oooooooooooooooo!

>>> "Conley, Abby" <aconley@eriecountydhs.org> 07/20/2004 3:28:04 PM
>>>
Sue said to what my time................................................

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, July 20, 2004 3:21 PM
To: Conley, Abby
Subject: RE: hey


ok did you get into trouble about that toooooooo?

>>> "Conley, Abby" <aconley@eriecountydhs.org> 07/20/2004 3:25:54 PM
>>>
No, I'm not suppose to use the phone......................call me tonight!

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, July 20, 2004 3:18 PM
To: Conley, Abby
Subject: RE: hey


so hurry up and go outside

>>> "Conley, Abby" <aconley@eriecountydhs.org> 07/20/2004 3:23:38 PM
>>>
I have a visit in 14 minutes

-----Original Message-----

1

**EXHIBIT**

App. Ex. 22

Case 1:05-cv-00076-SJM    Document 59-24    Filed 04/07/2006    Page 3 of 4

```
To Subscribe, E-mail to: scripture-on@lists.tagnet.org

To Unsubscribe, E-mail to: scripture-off@lists.tagnet.org

    To communicate with the list publisher:
      Send email to: dailyscripture@sda.net

##########################################################
This message is sent to you because you are subscribed to
   the mailing list <scripture@lists.tagnet.org>.
To unsubscribe, E-mail to: <scripture-off@lists.tagnet.org> To switch to the DIGEST mode,
E-mail to <scripture-digest@lists.tagnet.org>
To switch to the INDEX mode, E-mail to <scripture-index@lists.tagnet.org>
Send administrative queries to  <scripture-request@lists.tagnet.org>
```

## Matt Granger

| | |
|---|---|
| From: | Deanna Cosby [COSBYDE@co.mecklenburg.nc.us] |
| Sent: | Tuesday, July 20, 2004 3:25 PM |
| To: | Conley, Abby |
| Subject: | RE: hey |

```
i no

>>> "Conley, Abby" <aconley@erie[countydhs.org>  07/20/2004]  3:30:11 PM
>>>
I meant watch my time! not what

-----Original Message-----
From: Deanna Cosby [mailto:COSB
Sent: Tuesday, July 20, 2004 3:
To: Conley, Abby
Subject: RE: hey
```

[handwritten annotation: *planned disclosure of discussions w/ supervisors 7-19-04 mtg*]

```
ooooooooooooooooo!

>>> "Conley, Abby" <aconley@eriecountydhs.org>  07/20/2004  3:28:04 PM
>>>
Sue said to what my
time......................................

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, July 20, 2004 3:21 PM
To: Conley, Abby
Subject: RE: hey


ok did you get into trouble about that toooooooo?

>>> "Conley, Abby" <aconley@eriecountydhs.org>  07/20/2004  3:25:54 PM
>>>
No, I'm not suppose to use the phone......................call me
tonight!

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, July 20, 2004 3:18 PM
To: Conley, Abby
Subject: RE: hey
```

2

so hurry up and go outside

>>> "Conley, Abby" <aconley@eriecountydhs.org> 07/20/2004 3:23:38 PM >>>
I have a visit in 14 minutes

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, July 20, 2004 3:15 PM
To: Conley, Abby
Subject: RE: hey

go outside so i can call you on you c-phone

>>> "Conley, Abby" <aconley@eriecountydhs.org> 07/20/2004 3:19:58 PM >>>
I forgot to tell you, I met with Char and Pam for two hours yesterday. Oh what a mess! Wait till I tell you what they said.

ABC

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, July 20, 2004 3:04 PM
To: Conley, Abby
Subject: RE: hey

I have to try and find my camara w/ the Beach pictures so I can send them.  I'm supposed to be going back to the beach this weekend.

>>> "Conley, Abby" <aconley@eriecountydhs.org> 07/20/2004 3:09:06 PM >>>
Oh goodie! Clap, clap, clap , clap!

I'll try to get a picture of the boys and the SeaWolf mascot!

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, July 20, 2004 3:00 PM
To: Conley, Abby
Subject: RE: hey

i'm sure they would

>>> "Conley, Abby" <aconley@eriecountydhs.org> 07/20/2004 3:05:47 PM >>>
Do you think the boys would like to go to a Seawolves game this Saturday. The game does not start till 7:05 though.

Write back and tell me, I can teach them to howl at the game!
Awooooooooooooooooooooooooooo

-----Original Message-----
From: Deanna Cosby [mailto:COSBYDE@co.mecklenburg.nc.us]
Sent: Tuesday, July 20, 2004 2:26 PM
To: Conley, Abby
Subject: hey

hey

3