**Appendix Exhibit 26**



## COUNCIL 13
### AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO

# GRIEVANCE FORM

*(Type or print information, filling in all blanks.)*

RECEIVED SEP 27 2004 Personnel Department County of Erie

District Council __85__   Local Union __2666__

Grievant(s) __Abby Conley__   Social Security No. __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__

Employer __County of Erie__

Department __Children and Youth__   Job Title __Child Welfare Aide__

Supervisor __Susan Deveney__   Work Location __OCY__

************************
AMENDED GRIEVANCE
************************

## VIOLATION

Article # __22__   Section # __22.1__

### STATEMENT BY GRIEVANT OR UNION

On September 10, 2004, Grievant was coerced into signing a letter of resignation (attached) from her position as a Child Welfare Aide in Erie County. This action amounted to a Constructive Discharge. Employer indicated that Grievant could face criminal charges if she refused to sign resignation letter. This is a clear violation of Article 22, Section 22.1 which states in part "...the Employer shall not demote, suspend, discharge or take disciplinary action against any employee without just cause...".

### RELIEF OR REMEDY SOUGHT

Immediately return Grievant to her position in Erie County with full back pay, benefits and seniority.

EXHIBIT
App. Ex. 26

Steward Signature _____   Date __24 Sept 04__   and/or   Employee Signature _____   Date _____

UNION