IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | | |
|---|---|---|
| ABBY B. CONLEY, | ) | Docket No. 05-76E |
| | ) | (SEAN J. MCLAUGHLIN) |
| Plaintiff, | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| COUNTY OF ERIE, ERIE COUNTY | ) | PROPOSED ORDER IN SUPPORT OF |
| OFFICE OF CHILDREN AND YOUTH, | ) | MOTION TO EXTEND DEADLINE TO FILE |
| a/k/a ERIE COUNTY CHILD WELFARE | ) | DISPOSITIVE MOTIONS |
| SERVICE, RICHARD SCHENKER, | ) | |
| individually and in his capacity as County | ) | |
| Executive of Erie County, Pennsylvania, | ) | Counsel of record for this party: |
| PETER CALLAN, individually and in his | ) | |
| capacity as Erie County Director of | ) | Richard A. Lanzillo, Esq. |
| Personnel, DEBRA LIEBEL, individually | ) | Knox McLaughlin Gornall |
| and in her capacity as Executive Director, | ) | & Sennett, P.C. |
| Erie County Office of Children and Youth, | ) | 120 West 10th Street |
| a/k/a Erie County Child Welfare Service | ) | Erie, PA 16501 |
| and JOHN A. ONORATO, ESQUIRE, | ) | Telephone (814) 459-2800 |
| individually and in his capacity as Erie | ) | Facsimile (814) 453-4530 |
| County Solicitor, | ) | Email rlanzillo@kmgslaw.com |
| | ) | PA53811 |
| Defendants | ) | |

## ORDER

AND NOW, upon consideration of the motion for extension to file dispositive motions filed by the County of Erie, Erie County Office of Children and Youth a/k/a Erie County Child Welfare Service, Richard Schenker in his official capacity as County Executive of Erie County, Pennsylvania, Peter Callan in his capacity as Erie County Director of Personnel, and Debra Liebel in her official capacity as Executive Director, Erie County Office of Children and Youth a/k/a Erie County Child Welfare Service, it is hereby **ORDERED** that said motion is **GRANTED**.  All dispositive motions must be filed on or before Wednesday, April 12, 2006.  All other case deadlines remain unaffected.

BY THE COURT

_____
                                                                    J.

# 666025