## IN THE UNITED STATES DISTRICT COURT FOR
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY B. CONLEY, | CIVIL DIVISION |
|        Plaintiff, | No.: 05-CV-76 E |
| -vs- | Judge Sean J. McLaughlin |
| COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth a/k/a Erie County Child Welfare Service, and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor, | |
|        Defendants. | |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2006, upon consideration of the foregoing MOTION FOR SUMMARY JUDGMENT OF RICHARD SCHENKER, PETER CALLAN, AND DEBRA LEIBEL, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

                                            BY THE COURT:

                                            _____J.