IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| ABBY B. CONLEY, ) | Docket No. 05-76E |
| ) | (SEAN J. MCLAUGHLIN) |
| Plaintiff, ) | |
| ) | ELECTRONICALLY FILED PLEADING |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| COUNTY OF ERIE, ERIE COUNTY ) | |
| OFFICE OF CHILDREN AND YOUTH, ) | MOTION FOR SUMMARY JUDGMENT OF |
| a/k/a ERIE COUNTY CHILD WELFARE ) | DEFENDANTS THE COUNTY OF ERIE, |
| SERVICE, RICHARD SCHENKER, ) | OFFICE OF CHILDREN AND YOUTH, AND |
| individually and in his capacity as County ) | INDIVIDUAL DEFENDANTS SCHENKER, |
| Executive of Erie County, Pennsylvania, ) | CALLAN AND LIEBEL IN THEIR OFFICIAL |
| PETER CALLAN, individually and in his ) | CAPACITIES |
| capacity as Erie County Director of ) | |
| Personnel, DEBRA LIEBEL, individually ) | Counsel of record for this party: |
| and in her capacity as Executive Director, ) | |
| Erie County Office of Children and Youth, ) | Richard A. Lanzillo, Esq. |
| a/k/a Erie County Child Welfare Service ) | Knox McLaughlin Gornall |
| and JOHN A. ONORATO, ESQUIRE, ) | & Sennett, P.C. |
| individually and in his capacity as Erie ) | 120 West 10th Street |
| County Solicitor, ) | Erie, PA 16501 |
| ) | Telephone (814) 459-2800 |
| Defendants ) | Facsimile (814) 453-4530 |
| | Email rlanzillo@kmgslaw.com |
| | PA53811 |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS THE COUNTY OF ERIE, OFFICE OF CHILDREN AND YOUTH, AND INDIVIDUAL DEFENDANTS SCHENKER, CALLAN AND LIEBEL IN THEIR OFFICIAL CAPACITIES**

Defendants, the County of Erie, Office of Children and Youth, and individual defendants Richard Schenker, Peter Callan, and Debra Liebel, in their official capacities, through their counsel, Knox McLaughlin Gornall & Sennett, P.C., hereby move for summary judgment pursuant to Fed.R.Civ.Pro. 56(e). In support of this motion, the foregoing defendants incorporate by reference their Concise Statement of Material Facts and Appendix of Exhibits and

the motions for summary judgment and supporting papers filed on behalf of all co-defendants. The County of Erie and the individual defendants in their official capacities respectfully request that the Court enter summary judgment in their favor and against the plaintiff on all claims of the Complaint. No genuine issue of material fact remains for trial and these defendants are entitled to judgment as a matter of law.

          RESPECTFULLY SUBMITTED,

          KNOX McLAUGHLIN GORNALL &
          SENNETT, P.C.


          BY: /s/ Richard A. Lanzillo, Esq.
              Richard A. Lanzillo, Esquire
              Neal R. Devlin
              120 West Tenth Street
              Erie, PA 16501
              Telephone (814) 459-2800
              Facsimile (814) 453-4530
              Email rlanzillo@kmgslaw.com
              PA53811

# 666311