IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| ABBY B. CONLEY, | ) Docket No. 05-76E |
| | ) (SEAN J. MCLAUGHLIN) |
| Plaintiff, | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| COUNTY OF ERIE, ERIE COUNTY | ) |
| OFFICE OF CHILDREN AND YOUTH, | ) MOTION FOR SUMMARY JUDGMENT OF |
| a/k/a ERIE COUNTY CHILD WELFARE | ) DEFENDANTS THE COUNTY OF ERIE, |
| SERVICE, RICHARD SCHENKER, | ) OFFICE OF CHILDREN AND YOUTH, AND |
| individually and in his capacity as County | ) INDIVIDUAL DEFENDANTS SCHENKER, |
| Executive of Erie County, Pennsylvania, | ) CALLAN AND LIEBEL IN THEIR OFFICIAL |
| PETER CALLAN, individually and in his | ) CAPACITIES |
| capacity as Erie County Director of | ) |
| Personnel, DEBRA LIEBEL, individually | ) Counsel of record for this party: |
| and in her capacity as Executive Director, | ) |
| Erie County Office of Children and Youth, | ) Richard A. Lanzillo, Esq. |
| a/k/a Erie County Child Welfare Service | ) Knox McLaughlin Gornall |
| and JOHN A. ONORATO, ESQUIRE, | ) & Sennett, P.C. |
| individually and in his capacity as Erie | ) 120 West 10th Street |
| County Solicitor, | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| Defendants | ) Facsimile (814) 453-4530 |
| | Email rlanzillo@kmgslaw.com |
| | PA53811 |

**PROPOSED ORDER
ON MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS THE COUNTY OF
ERIE, OFFICE OF CHILDREN AND YOUTH, AND INDIVIDUAL DEFENDANTS
SCHENKER, CALLAN AND LIEBEL IN THEIR OFFICIAL CAPACITIES**

AND NOW, this __ day of _____, 2006, upon consideration of the Motion for

Summary Judgment of Defendants, the County of Erie, Office of Children and Youth, and

individual defendants Richard Schenker, Peter Callan, and Debra Liebel, in their official

capacities, it is hereby ORDERED that the Motion is GRANTED. All claims against the County

of Erie and the individual defendants in their official capacities are dismissed with prejudice, the

2

Court having found that no genuine issue of material fact remains for trial and that these defendants are entitled to judgment as a matter of law.

                         BY THE COURT.

                         BY: _____
                               SEAN J. MCLAUGHLIN, USDC

\# 666312