IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| ABBY B. CONLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie County Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor,<br><br>　　　　Defendants | Docket No. 05-76E<br>(SEAN J. MCLAUGHLIN)<br><br>ELECTRONICALLY FILED PLEADING<br><br>JURY TRIAL DEMANDED<br><br>APPENDIX OF EXHIBITS TO COUNTY OF ERIE's, et al. CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>Counsel of record for this party:<br><br>Richard A. Lanzillo, Esq.<br>Knox McLaughlin Gornall<br>& Sennett, P.C.<br>120 West 10th Street<br>Erie, PA 16501<br>Telephone (814) 459-2800<br>Facsimile (814) 453-4530<br>Email rlanzillo@kmgslaw.com<br>PA53811 |

## APPENDIX OF EXHIBITS OF COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, AND INDIVIDUAL DEFENDANTS (IN THEIR OFFICIALCAPACITIES) TO CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants, the County of Erie, Office of Children and Youth, and individual defendants Richard Schenker, Peter Callan, and Debra Liebel, in their official capacities, incorporate by reference Exhibits 1-26 of the Exhibits to Motion for Summary Judgment filed on behalf of defendant John Onorato, and submit Exhibits 27-36, listed below, as additional exhibits in support of their Motion for Summary Judgment:

## ONORATO EXHIBITS

| | |
|---|---|
| Exh. 1. | Abby Conley resignation letter dated 9/10/04; |
| Exh. 2. | 8/30/04 letter from Shara Saveikis to Debi Liebell; |
| | 7/2/04 letter from Shara Saveikis to PW; |
| Exh. 3. | Deposition Transcript of Shara Saveikis (DPW) taken 3/8/06; |
| Exh. 4. | Deposition Transcript of Abby Conley taken 9/06/05; |
| Exh. 5. | 6/09/04 Contact/Safety assessment by Abby Conley re: VW |
| Exh. 6. | Permanency Hearing Transcript of 7/28/04 (C Case); |
| Exh. 7. | Deposition Transcript of Debra Liebel dated 3/09/06; |
| Exh. 8. | Deposition Transcript of Michael Cauley, Esq. taken 3/09/06; |
| Exh. 9. | 8/20/04 Letter and memorandum from Michael Cauley to John Onorato re: Abby Conley; |
| Exh. 10. | Two emails from Conley's business email to personal email 5/4/04; |
| Exh. 11. | 5/20/04 email from Deanna Cosby to Abby Conley and return email; |
| Exh. 12. | 5/25/04 emails from Deanna Cosby to Abby Conley re: reporters, a child's death, OYC going down in flames; |
| Exh. 13. | 5/27/04 email from Abby Conley to Deanna Cosby re; wanting her to call VW's attorney; |
| Exh. 14. | 6/04/04 through 6/7/04 emails Abby and Deanna re: VW in labor, not seeing the detaining order coming; |
| Exh. 15. | 6/11/04 emails from Abby and Deanna re: Sue calling Abby into office about emailing client information outside office; |
| Exh. 16. | 6/11/04 email from Abby to Deanna re: Michele Shetter looking at Abby's e-mails; |
| Exh. 17. | 6/11/04 email from Deanna to Abby regarding speaking to an attorney about email system; |

| | |
|---|---|
| Exh. 18. | 6/11/04 emails from "Attorney Mike Fisher" to Abby regarding her emails being read by Michele; |
| Exh. 19. | 6/28/04 email from Deanna to Abby regarding the 4 questions (w/answers); |
| Exh. 20. | 7/9/04 e-mails from Abby to Sue Deveney regarding their 7/08/04 meeting regarding confidentiality; |
| Exh. 21. | 7/12/04 email from Abby to Pam Biroscak regarding her meeting with Sue and repercussions of testifying; |
| Exh. 22. | 7/20/04 emails from Abby and Deanna re: not e-mailing need to talk on phone; |
| Exh. 23. | 1/17/05 Article from Times News regarding cost of defending the ouster of Abby Conley; |
| Exh. 24. | 9/17/04 Article from Times News regarding Abby Conley's resignation because of disclosing a phone number; |
| Exh. 25. | Transcript of Hearing on Motion to Compel of 1/4/06; |
| Exh. 26. | Abby Conley Grievance Form from Local 13. |

### ADDITIONAL EXHIBITS TO MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exh. 27. | 5/27/04 Prognostic Detention Order; |
| Exh. 28. | Deposition Transcript of Mary Jo Cline Szewczyk taken April 6, 2006; |
| Exh. 29. | Affidavit of Mary Jo Cline Szewczyk dated April 10, 2006; |
| Exh. 30. | Deposition Transcript of Richard Vendetti taken March 20, 2006 |
| Exh. 31. | Deposition Transcript of P.W. taken April 03, 2006; |
| Exh. 32. | Deposition Transcript of V.W. taken April 6, 2006; |
| Exh. 33. | Affidavit of Gerald J. Villella dated April 11, 2006; |
| Exh. 34. | Deposition Transcript of Amy Jones taken April 7, 2006; |
| Exh. 35. | Deposition Transcript of John Onorato taken April 3, 2006; |
| Exh. 36. | Deposition Transcript of Richard Schenker taken April 7, 2006. |

# 666268