IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY B. CONLEY, ) | |
|     Plaintiff, ) | |
| ) | |
|     Vs. ) | Civil Action No. 05-76 Erie |
| ) | |
| CITY OF ERIE, et. al., ) | |
|     Defendants. ) | |

### **O R D E R**

AND NOW, to with, this 13th day of April, 2005, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

                                                                              S/Sean J. McLaughlin
                                                                              Sean J. McLaughlin
                                                                              United States District Judge

cc: all parties of record. nk