IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBY B. CONLEY, | |
| Plaintiff | **JURY TRIAL DEMANDED** |
| v. | Civil Action No.: 05-CV-76 E |
| COUNTY OF ERIE, ERIE COUNTY OFFICE OF CHILDREN AND YOUTH, a/k/a ERIE COUNTY CHILD WELFARE SERVICE, RICHARD SCHENKER, individually and in his capacity as County Executive of Erie County, Pennsylvania, PETER CALLAN, individually and in his capacity as Erie County Director of Personnel, DEBRA LIEBEL, individually and in her capacity as Executive Director, Erie County Office of Children and Youth, a/k/a Erie Child Welfare Service and JOHN A. ONORATO, ESQUIRE, individually and in his capacity as Erie County Solicitor, | Judge Sean J. McLaughlin |
| Defendants | |

## ORDER GRANTING
## IN FAVOR OF JOHN A. ONORATO, ESQUIRE

AND NOW, this _____ day of _____, 2006, upon consideration of the foregoing Motion for Counsel for John A. Onorato, Esquire to be Excused from Attending Status Conference, it is hereby ORDERED, ADJUDGED AND DECREED that said Motion is GRANTED and Mr. Onorato's counsel is excused from attending the May 16, 2006, Status Conference, or alternatively will be allowed to participate by telephone.

BY THE COURT:

_____J.
The Honorable Sean J. McLaughlin