# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Abby Conley )
_____ )
Plaintiff )
)
vs. ) No. CA 05-76E
)
County of Erie, et al., )
_____ )
Defendant )

HEARING ON **Status Conference**

Held on **Tuesday, May 16, 2006**

Before Judge **Sean J. McLaughlin**

Tim McNair                           Richard Lanzillo
_____     _____
Appear for Plaintiff              Appear for Defendant

Hearing begun **9:55 am**        Hearing adjourned to **10:42 am**

Hearing concluded C.A.V. _____    Stenographer **Ron Bench**

                                   Clerk **n/a**

### WITNESSES:

For Plaintiff                      For Defendant